

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

DEC 1 3 2019

# UNITED STATES DISTRICT COURT

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

for the

Eastern District of California

Ninth Division

|  |  |
|---|---|
| Janai Meeks and Children | Case No. 2:19cv 2514 KJM DMC |
| _____ | (PS) |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| Natasha Chronister (social worker) | Jury Trial: (check one)  ☒ Yes  ☐ No |
| Officer Breck Wright (OPD) | |
| TJ Grundy (supervisor) | |
| Julie Marsters (social worker) | |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Janai Meein

Address  60 Mountain View Dr.
Oroville          CA          95966
*City*          *State*          *Zip Code*

County  Butte

Telephone Number  530 534 6562

E-Mail Address  janaimeets@yahoo.com

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  Natasha Chronister

Job or Title *(if known)*  Childrens Services Social Worker

Address  78 Table Mountain Blvd
Oroville          CA          95966
*City*          *State*          *Zip Code*

County  Butte

Telephone Number  530 5383702

E-Mail Address *(if known)*

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name  TJ Grundy

Job or Title *(if known)*  Childrens Services Supervisor

Address  78 Table Mountain Blvd
Oroville          CA          95966
*City*          *State*          *Zip Code*

County  Butte

Telephone Number  538 3772

E-Mail Address *(if known)*

☒ Individual capacity   ☒ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _Breck Wright_

Job or Title *(if known)* _Oroville Police Officer_

Address _2055 Lincoln St_

_Oroville_               _CA_          _95966_
              City               State          Zip Code

County _Butte_

Telephone Number _911_

E-Mail Address *(if known)*

☒ Individual capacity  ☒ Official capacity

Defendant No. 4

Name _Julie Marster_

Job or Title *(if known)* _Social Worker Sr._

Address _78 Table Mountain_

_Oroville_               _CA_          _95966_
              City               State          Zip Code

County _Butte_

Telephone Number _530 538 3772_

E-Mail Address *(if known)*

☒ Individual capacity  ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_4th, 14th, the right to a hearing before detention, warrantless entry, improper seizure. Reasonable expectation of privacy_

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Oroville, Ct, Montgomery St.

B.      What date and approximate time did the events giving rise to your claim(s) occur?

October 16, 2019 at roughly 9:30am in Oroville, Ct off of Montgomery Street

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe emotional trauma was experienced by all parties related to the plaintiff as well as familial alienation.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I seek monetary compensation in the amount of $900,000 due to multiple people being affected by the decision of Oroville, PD as well as Children's Services Division I would like each kid named in the detention to obtain a college fund of $50,000 for completion of high school. As well as custody rewarded back to myself for all children in detention Report

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12/13/19

Signature of Plaintiff

Printed Name of Plaintiff        Janai Meeks

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Page 6 of 6








Black Kids && Foster Care

This study examines the possible role of race/ethnicity in the decision to remove children from their caregivers and place them in foster care following a substantiated allegation of maltreatment. The population in this study is 137,300 (50,066 White, 65,392 Hispanic, and 21,842 Black) children who had at least one substantiated child maltreatment referral between January 1, 1999 and December 31, 2000. We employed logistic regression analyses to determine the effect of the ethnicity of a child with a substantiated allegation on placement into foster care. We find that Black children in California are more likely than White or Hispanic children to be removed from their caretaker and placed in foster care, even when other factors (e.g., age, reason for maltreatment, neighborhood poverty) are taken into account.

In California, African American children not only have higher rates of maltreatment referrals and substantiated allegations than other race/ ethnic groups, but they are also more likely to be placed in foster care (Needell et al., 2003). After one year of entry into child welfare, African American children represent the largest group who remained in foster care (45%), followed by White (31%) and Hispanic (17%) children (Wulczyn et al., 2000). ...

General Negligence By Cps

# You put a black kid in a home with a predominantly white  family and thought said child would be/feel safe.

This is just one of the subtle and overt messages I heard when I was in "foster care while black."

Although foster care is difficult for many, regardless of race and ethnicity, for black kids, the experience is often exacerbated by institutionalized racism, resulting in:

- The over-reliance on restrictive placements.
- The "unadoptable" stigmatization.
- The disproportionality of representation in foster care as a whole.

| Butte County Sheriff's Office | ☐ Gridley Police Department | **Report Number:** 19-4460 |
|---|---|---|
| ☐ Chico Police Department | ☐ Paradise Police Department | **Connected Reports:** |
| ☒ Oroville Police Department | | |
| ☐ Other *(Specify)*: | | **Connected Reports:** |

## Report of Detention

. This officer has taken the child(ren) listed below into protective custody believing that said child(ren):

☒ is/are (a) person(s) as described in Section 300 of the Welfare and Institutions Code and there is reasonable cause to believe at least one of the following:

☐ The child(ren) has/have an immediate need for medical care.

☐ The child(ren) is/are in immediate danger of physical or sexual abuse.

☒ The physical environment poses an immediate threat to the child(ren)'s health or safety.

☐ The child has been left unattended and attempts to locate the parent or guardian have been unsuccessful.

☐ is/are in a hospital and release of the child to a parent poses an immediate danger to the child's health or safety.

☐ is/are (a) dependent(s) of the juvenile court, or concerning whom an order has been made under Section 319, when the officer has reasonable cause for believing that the child has violated an order of the juvenile court or has left any placement ordered by the juvenile court.

☐ has been found in any street, or public place suffering from any sickness or injury which requires medical treatment, hospitalization, or other remedial care.

### Child(ren) detained

| Last name | First name | Middle name | d.o.b. | Sex |
|---|---|---|---|---|
| FINLEY | KENNETH | | 5-18-18 | M |
| EDMOND | SERENITY | | 4-1-14 | F |
| HATCHER | ALYANNA | | 12-9-08 | F |
| SLAUGHTER | MARQUIS | | 10-21-10 | M |
| | | | | |

The child(ren) was/were taken into custody on: _____ *(date)* at _____ *(time)* ☐ a.m.

☐ p.m. and released to Butte County of Employment and Social Services, Social Worker:

NATASHA C.   *(name of social worker)*

This officer ☒ has notified ☐ has not notified ☐ will notify the parents/guardians of the detention pursuant to Welfare and Institutions Code Section 308.

☒ verbally   ☐ in writing using officer statement (BU CPS 230)

### Parents/Guardians

| Name | Address | Relationship | d.o.b. |
|---|---|---|---|
| JA/MEEKS | HOMELESS, OROVILLE | MOM | 4-2-88 |
| | | | |
| | | | |

### Reasonable Cause for detention of the child(ren)

ON 10-16-19 AT 0920 HOURS I CONTACTED JANAI IN A PARKING LOT AT MONTGOMERY ST/ FEATHER RIVER BLVD. JANAI WAS LIVING WITH HER 4 KIDS IN A BROKEN DOWN GMC YUKON. JANAI HAD NO MONEY AND GETS PAID ON THE 1ST. JANAI RELIED ON THE GAS STATION BATHROOMS FOR HEIGENE. JANAI DID NOT HAVE A PLAN FOR BREN ......... in 16-10 HOUSING.

While in CPS custody there were far too many negative occurences that took place, all within a short timeframe.

CPS social worker Natasha Chronister excused three of my children from Stanford Elementary School on October 16, 2019. While they were in class Ms. Chronister had Alyanna Hatcher 10, Marquis Slaughter8, and Serenity Finley-Meeks 5 called to the office early that morning and took them to the Child And Adult Services Building in Oroville where they were placed in foster care. While in the first placement Alyanna and Marquis were taken to saddened by what had just happened Alyanna cried out for her mother, and was rewarded by a slap to the face by the foster dad Frank. Later is was told that Alyanna ran away from the house due to that fact. OroPD informed the mother around 7pm that the child was missing and later issued a CODE RED for my child. Not informing  Ms. Meeks of the time she was noticed to be missing, and also not reassuring that the child was alive and well around 11pm that night. OroPD stated that they have nothing to do with Ms. Talking to her child and making sure she is alive before driving off into the night.

The losing of his sister had to be the most traumatic event. Not knowing where she was, what was happening to her, or even if he was going to see her again. That is extremely difficult and traitorous to handle as an  8 year old child. And not having a mother to turn to for comfort, only a house full of strangers.



line ▾  2019 ▾  October ▾

**Jenny Marie**
October 16 at 10:12 PM · 

Code Red Alert: Missing Oroville CA girl. Last seen around 7pm. Eyes open everyone! Praying this little girl makes it home safe!

From OPD, MISSING AT RISK JUVENILE INFORMATION
ALYANNA HATCHER AGE: 10, LAST SEEN IN THE AREA OF BROWN AVENUE AND MESA AVENUE, OROVILLE AROUND 7 PM, BLACK JUVENILE, RED AND BLACK HAIR, BROWN EYES, BLUE SHIRT, BLUE LEGGINGS, PURPLE SHOES, CARRYING AN EMOJI BACKPACK. IF LOCATED CALL 9 1 1 OR OROVILLE POLICE 530-538-2444.

Started School at
Butte College
August 2016

👍 2                                      1 Comment 1 Share

👍 Like                              ➢ Share

**Crystal Kehle**

❮          Fred's Post          ⋯

Me too but I couldn't hear it
Like

**Desiree Franklin-Acton**
Missing juvenile, last seen @ 7:00 PM
Like

**Christine Flores Wilhite**
From OPD, MISSING AT RISK JUVENILE INFORMATION
ALYANNA HATCHER AGE: 10, LAST SEEN IN THE AREA OF BROWN AVENUE AND MESA AVENUE, OROVILLE AROUND 7 PM, BLACK JUVENILE, RED AND BLACK HAIR, BROWN EYES, BLUE SHIRT, BLUE LEGGINGS, PURPLE SHOES, CARRYING AN EMOJI BACKPACK. IF LOCATED CALL 9 1 1 OR OROVILLE POLICE 530-538-2444.
Like

**Bobby O'Reiley**
She was just found safe
👍 Like

**Bobby O'Reiley**
SHE WAS JUST FOUND SAFE
👍 Like

*Thursday, December 5, 2019*

Janai Meeks and  Family
versus Butte County CPS Children's Division and Police Department

### Deprivation of rights being violated

On October 16th 2019   4th and 14th Amendment rights of unreasonable search and seizure without probable cause or warrant was violated by Natasha Chronister Children's Services Social Worker Investigator, Julie Marsters Children's Services Social Worker Senior, and T J Grundy Children's Service Social Worker Supervisor, who are all child services employees, along with Butte County P'olice Officer Breck Wright. The Butte County Police Department arrived at my truck after violently detaining a person parked next to me. Officer Wright walked over to me and ask me 3 questions, question number one where do you shower? Question number 2 how do you cook? And question number 3 what are your plans for tonight? Answer for question number one was the hope center mobile shower van, number 2 I have a portable stove and barbecue grills that are available at the local park and the answer for question number 3 was I couldn't reach the VA so we are in our truck for tonight.

Upon answering the questions officer Wright left a little ways away, yet still visible and called Natasha Chronister the CPS investigator, that i Miss Meeks originally went to for assistance for homelessness. Miss Chronister arrived with a lady whom I've never seen before and introduced herself as Julia marsters a social worker for butte County. The senior social worker miss Marsters offered me some water and with no warrant, nor did they have court order or consent took Kenneth Finley Jr out of the car and only when Samantha Hutchinson told me they are kidnapping your child did they allow me to say goodbye.

Miss Chronister never gave me notice or any paperwork that would constitute her taking my children, before leaving the scene the only words that were spoken out of miss chronister's mouth were, "court on Monday, court on Monday". At 10 AM still with no warrant, court order, or my consent miss chronister went to Stanford elementary school and excused Alyanna

*Thursday, December 5, 2019*

Janai Meeks and  Family
versus Butte County CPS Children's Division and Police Department

Hatcher, Marquis Slaughter, and Serenity Finley from school to interview and detain them. Which violated our fourth and 14th Amendment rights to have my children interviewed without prior consent. Our Fifth Amendment protections were also violated when no evidence of abuse and neglect was obtained officer breck wright produced a detention report, but only after the children were taken out of my care. The detention report violated my Homeless Bill of Rights AB- 5 Homelessness rights. Only after the improper seizure, warrantless entry and the police "Detention Report" was introduced did Natasha Chronister and all other CPS agency members receive a court order filed two days later on October 18th 2019.

Still with no evidence of abuse neglect or failure to protect only hours after kidnapping my children did Oroville Police issue a CODE RED for my oldest daughter Alyanna while in CPS custody. It was told to me while speaking with my oldest sister Alexis Reed, Navy Veteran, that my daughter Alyanna was struck by the foster father that the agency sent her to because she was crying for her mother, which any child would do. The Children's Services Agency still  won't answer questions about that incident.

My children were forced out of my life, for homelessness. The separation of parent and child represent an infringement of our Constitutional Rights. The 4th and 14th Amendment rights of me and all 4 of my children were violated. I only have one child still in CPS custody in Butte County. CPS Natasha chronister released one of my daughters to her father Billy hatcher in Sacramento who denies Visitation between the two of us due to Miss Chronister's extreme fabrications on her petition. The use of false derogatory statements as well as dehumanizing my character with lies to justify an illegal and unconstitutional kidnapping will remain an important factor in determining the progress that the Meeks children make during these impressionable years of their life.

Miss Chronister upon release instructed Mr. Hatcher to hurry and file for full custody, as she did with my 2 youngest

*Thursday, December 5, 2019*

Janai Meeks and  Family
versus Butte County CPS Children's Division and Police Department

**children and their father Kenneth Finley in Oakland California, whom is homeless and also a convicted felon that I believe to be molesting my children along with his friend.**

**After Miss Chronister informed me of her decision to send my 3 children away I asked why she would send my 2 youngest to their father without any thought to that conclusion. There has not been sufficient time for a full investigation for molestation of a child to be completed.**

**As I expressed my concerns about my 2 youngest children Miss Chronister's words were, "Since you yelled at me I'm going to keep your son! Which demonstrates malice.**

**Our due process right and our right the privacy were  also violated when Butte County Child Protective Services and Police Department deprived our family of the right to be heard before the detention of my kids as well as the right to familial integrity, the right to be threat free, the use of fraudulent evidence to substantiate court order and the arbitrary abuse of government power in the forceful removal of my kids at home and school. They also subjected my three school qged children to humiliation while having them  take the walk of shame in front of their peers. Only one  of my children still resides in Butte County I have no address for the other 3 children.**

---

[1] *Doe et al, v. Heck et al (No. 01-3648, 2003 US App. Lexis 7144)*
*Hurlman v. Rice, (2nd Cir. 1991)*
*Quilloin v. Walcott,·434 U.S. 246, 255, (1978)*
*Tenenbaum v. Williams, 193 F.3d 581, 602 (2nd Cir. 1999). F.K. v. Iowa district Court for Polk County,*
*Id."*

*Calabretta v. Floyd, 189 F.3d 808 (9th Cir. 1999)*

Letter to the Judge,

Your Honorable Judge 19DP00252,

My name is Janai Meeks on October 16th 2019 my Constitutional rights were violated. My 5th and 14th Amendments were violated when OroPD along with CPS detained my children. Due Process was skipped in the taking of my children. I was deprived life, liberty and property rights without Due Process.

My kids were detained and sent to CPS. My kids were not in immediate danger or any danger at all for that matter. My children are loved, respected, cherished and honored. Yes we had it rough since coming to Butte County, my children got infected at motel 6 after swimming in their pool. After I called environmental health the pool was ultimately closed down. My children were treated like crap for 46 consecutive days and later evicted. My children lost all hope in real humanity after dealing with that incident and we were made to sleep in our truck. All I wanted was to give my little ones their voice back so I fought hard. It was unfair and my kids cried everyday thinking that if they would never have gotten sick we wouldn't be in this predicament. I by myself fought harder and harder to make them believe otherwise. It was sad sleeping in our truck, I got up every morning crying because I knew that my children deserved more than what was presented to us.

We went to everyone for help! From family members, to county employees, everyone and everyone turn their back on us. It was devastating, but we had to keep progressing. Our truck was our safe haven that we called home as depressing as it was I made sure my children were always clean, fed and kept their heads up high because for some reason I believed and that brought comfort to my kids. I got up every day and looked for work and filled out housing applications only to be rejected. When I went to CPS for help the social worker wanted me to give my kids up voluntarily and I refused threats and lies proceeded to follow. Miss Chronister was informed that I had passed the exam for Employment Eligibility Specialist what the county also that I had a job interview at 2 p.m. that same day with Rose Leaf, again working with seniors with disabilities. She made me miss

my job interview she let me out of her office at 1:45 p.m. knowing that I had no idea how to get to that building. She also lied to me saying that she could help me get a job with the county because she works for them she also said does she could help me get a job at WTC because she used to work there too. Miss Chronister I was informed that I was working with the VA and on October 8th 2019 created a rapid re-housing plan with Miss Badial. Everything was finally falling into place. I encountered Miss Chronister on September 24th 2019 and between September 24th and October 16th my family spent 14 days in a room at the Dahls Motel and 8 days sleeping in my truck which were not consecutive days. The police watched asleep in my truck they had a nightly routine where they would come and park across the street and watches for at least 30 minutes and I thank them every morning. My children were not in any danger while in my care. Whether we were sleeping in my truck, in a house or at a park, I watched my kids every night and in their slumber I would kiss their forehead and they would smile.

When the police detain my children officer writes report said that he was taking my kids to the homelessness and the McKinney Vento act makes it to where that is impossibly legal. My children have in abundance of clothes in which I turned into their bed in the back of my truck after I took out the seats. We also utilize a portable stove as well as the grills at Bedrock Park. Any money that I got went to us getting a room. And every Tuesday and Friday the Haven of Hope comes around with showers and laundry for the homeless.

Miss Chronister states that my children were in danger being in my care, how is a child in danger at school doing their class work? How is a baby in danger getting ready to get dressed and leave with his mother to go set out on another day of house searching? We lost our job at The terraces in Chico, our storage full of clothes and their bikes, my 401k which I cashed out to get rooms and everything that my children needed. In my opinion and this is solely my opinion CPS is responsible for my children being in danger, hours after detaining my kids a code red was issued for my daughter. She was sent to a house where the man hit her. CPS failed to mention that to me and the police officers wouldn't even let me confirm that my daughter was alive and well taken care of and safe. That to me is negligence. In all the 14 years I've been a parent I have never lost a child we searched for my

daughter for 5 hours CPS didn't even have a correct or accurate time as to when she left or disappeared. That Foster man Frank struck my child because she was crying for me, if I put my kids in harm's way what would they cry for me to come back to me?

This stuff hurts every day. Every day I wake up and I cry because I don't have my kids because CPS ripped them from me. If I put my kids in harm's way Miss wouldn't have told me that since I yelled at her she's taking my babies. I have yet to miss a birthday until CPS came into our life. I have yet to miss a holiday until CPS came into my life. How would you feel if your kids were ripped from you for no reason? I'm starting to think that it is a racial issue here because if it wasn't the county wouldn't have came down on us so tough. I can't believe that all Butte County has taught my kids is, if you ask for help your life would be destroyed.

My kids would sit back feel miserable and cry thinking if we wouldn't have never gotten sick we wouldn't be here now and that's unfair, Butte county tore a family apart I sent my kids  2 a man did I suspected of molesting my children, and my story has never changed. Mr. Finley told me that all his friend has to do is bring him a bottle of alcohol and he can do whatever he wants to my daughter and that's what Butte County sends her? Now that is cruel and unusual punishment for a five year old girl to have to endure! I hope you guys feel really good about sending my children to a man that is a suspected child molester because I don't and I think about it every day and my daughter cries to come back to me everyday. I made my mistakes in life but I've never put my children in harm's way I want all of my children back because you guys rip them for me for no reason! The only reason that I can think of is because I didn't give them a voluntarily suspected I would. And either way it goes she has to fill her wallet. You guys have made it to where I can't even talk to my children and she  tells their dad to hurry up and file for custody that's bogus, she lied through her teeth and I have all the evidence to prove it.

And your honor I want my babies for Thanksgiving and Christmas! I want a speedy trial so I can prove myself. Your honor I request all of my children back! I have my children set up for Christmas October 1st 2019 not any normal parent does that they wait till the last minute to shop! I can't miss another birthday and I can't miss another holiday I'm requesting a

speedy trial please! Your honorable Judge I pray that you hear the pain in my voice as you read my letter, I pray that Justice is served in this matter because, an injustice anywhere, is a threat to Justice everywhere and all we have been encountering is Injustice.

Thank you,

your Honorable Judge 19DP00252

**On October 16th 2019 at roughly 9 a.m. social services social worker Natasha Chronister along with OroPD officer Wright demonstrated extreme discrimination when they detained my children for being homeless (homeless Bill of Rights AB-5) and violating our due process law which violated our 5th and 14th Constitutional Rights.**

We were observed but the Oroville California Police department over the time frame of two months, and were openly homeless in the WTC parking lot. After several encounters with the police department doing welfare checks on my children, everything was always on the up-and-up.

This particular morning I was approached by code enforcement officer David who I encountered several times within the months of September and October for being parked in a rest stop.

Officer Wright knew that I had previously contacted Natasha Chronister of children services division of Butte county for assistance with the homeless matter as well as the VA. Together they made the decision to detain my children. One was with me and the other three were at school during this time.

There was no notice of the detention as well as a hearing or a court order pertaining to this specific matter. After roughing up a nearby citizen officer Wright turned his focus on to me, a homeless family parked next to the individual that officer Wright harassed and ultimately arrested. Latasha Chronister and I looked for shelters which were ultimately full. There was no probable cause for them to detain my kids for homelessness; Natasha Chronister went out of her way to lie on her petition to the courts when she filed two days after the detainment of my children. She also stated to me that on October 17th 2019 she sent my two youngest kids to live with their father which I suspected of child molestation. After expressing my concerns to her she states "since you yelled at me I'm keeping Marquis, I was going to give him to you but you yelled at me". my children still have not been returned to me and I only have contact with one of them versus all four of them. Also while in Butte county custody my ten-year-old daughter was assaulted as well as "missing" for roughly 7 hours, I still have not had any clarification of this subject matter. she answered none of my questions pertaining to that incident as well as no visitation or contact with three of my children and I have supervised visitation with one child my nine-year-old son who remains in Butte county, we visit for 2 hours a week. Mrs. Chronister was acting out of malice due to the fact that I did not voluntarily give up my children like she wanted me to used threats of detainment in order for me to sign a safety plan. Lies and contradictions follow in her petition to the court which again was filed two days after the detainment of my kids. There was no imminent danger nor were there probable cause for the improper seizure.

This incident was a violation of my fifth and fourteenth amendment rights as a US citizen. As my truck is my home I am allowed the right to reasonable expectation of privacy as well as the right to live and move freely under the California Constitution AB-5 HOMELESSNESS-CA.Â

Officer Wright filled out a detention report for homelessness even though it was stated that I have a meeting with my VA social worker to discuss further housing opportunities on October 8th 2019 I signed with her a rapid rehousing application form. Also after the detainment of my children well in Butte county custody one of my children, my ten-year-old daughter, was assaulted and later found to be missing for at least 7 hours which also led into the night. Natasha Chorister and Officer Wright are responsible for the endangerment of my children through mental anguish as well as physical harm.

As of today November 30th my children still have not been returned to me oh, they have been placed outside of Butte county jurisdiction. Only my nine-year-old son remains in foster care in Butte county due to officer Wrights discriminatory act.

## Oroville Police Department

## Personnel Complaint Form

**Janai Meeks** 60 Mountain View Drive, Oroville, CA. 95966 (530)534-6562

Name of Complainant                    Address                        Phone

October 16, 2019 at 9a.m on Montgomery St across the street from 76 gas station.

Date and Time of Incident/Location

## Officer Breck Wright

Officer name and /or description

Witnesses / Others  Present :

Full Name                          Address                                    Phone

Samantha Hutchinson, Oroville, Ca.

Joseph Cyrus, Oroville, CA 95966

Basic Complaint:

Officer wright violated Bill Text AB-5 Homelessness-Ca as well as my 14th and 5th Amendment. Wh demonstrating police misconduct in the morning detainment of four of my children. He also willfully subject my family to discrimination by the act of improper detention by a police officer. As well as putting my childi in        harm's        way        while        in        Butte        cou custody.

(Complainant  MUST  fill out complete statement on reverse side)

# Detailed Statement of Complaint

Please include all facts regarding the incident in question including all actions, statements, and witness involvemei

On October 16th 2019 at roughly 9 a.m. officer wright demonstrated extreme discrimination when he detained mr children for being homeless and violating our due process law which violated our Constitutional Rights.

We were observed but the Oroville California Police department over the time frame of two months, and were of homeless in the WTC parking lot. After several encounters with the police department doing welfare checks on my children, everything was always on the up-and-up.

This particular morning I was approached by code enforcement officer David who I encountered several times wit the months of September and October for being parked in a rest stop.

Officer wright knew that I had previously contacted children services division of Butte county for assistance with t homeless matter as well as the VA made the decision to detain my children. One was with me and the other three were at school during this time.

There was no notice of the detention as well as a hearing or a court order pertaining to this specific matter. After roughing up a nearby citizen officer right turn his focus on to me, and homeless parked next to the individual that officer Wright harassed and ultimately arrested.

This incident was a violation of my fifth and fourteenth amendment rights as a US citizen. As my truck is my home allowed the right to reasonable expectation of privacy as well as the right to live and move freely under the Califor Constitution AB-5 HOMELESSNESS-CA.

OFFICER WRIGHT FILLED OUT A DETENTION SLIP REPORT WHICH STATED HE WAS DETAINING MY CHILDREN FOR HOMELESSNESS ALTHOUGH I MADE PLANS TO MEET UP WITH MY VA CASE WORKER LATER ON THAT DAY 2 ELIMI THE NEED FOR EXTRA HOUSING ASSISTANCE THROUGH THE GOVERNMENT. Also after the detainment of my child well in Butte county custody one of my children, my ten-year-old daughter, was assaulted and later found to be missing for at least 7 hours which also led into the night. Officer Wright is responsible for the endangerment of my children through mental anguish as well as physical harm.

As of today November 30th my children still have not been returned to me oh, they have been placed outside of I county jurisdiction. Only my nine-year-old son remains in foster care in Butte county due to officer Wright's discriminatory act.

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT AND I AM WILLING TO TESTIFY TO THESE FACTS IN ALL LEGAL PROCEEDINGS.

Signature of Complaintant___*Janai Meeks*_____

Date Signed__11 30 19_____

*Date reported*_____ *Date Investigation Completed*_____

*Discussed with officer on this date*_____

*Investigation*

*Finding*_____

_____

_____

_____

*Date complainant notified of finding*_____

*Investigated by*_____




# The complaints

Say something





As noted above, our office only reviews matters that involve credible allegations of criminal conduct. For your guidance, please be advised that the following matters are not considered criminal in nature: complaints about parking citations; complaints about traffic tickets; complaints about the determination of fault for vehicle accidents; complaints about rudeness or profane language; complaints that a problem reported to law enforcement has not been resolved to your satisfaction; complaints that a law enforcement agency is not dedicating enough resources to solve a crime; complaints that a law enforcement officer performed an eviction; and complaints that a law enforcement agency is refusing to release records, such as arrest reports, or camera footage. If your concern pertains to any of these issues, then you should contact the law enforcement agency directly. If you are dissatisfied with their response, then we suggest that you consult with a private attorney regarding any civil remedies that may be available to you.

Thank you again for contacting our office. We hope this information will be helpful to you.

Sincerely,

Cincy Halligan
Public Inquiry Unit

For     XAVIER BECERRA
       Attorney General

Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 27 of 119

 ≡   ﬔ Gmail     🔍   label:print-for-state-general-attorney-xavier

# CIVIL RIGHTS COMPLAINT    print for state general attorney xavier ✕

 **Baby nai** <simplynai88@gmail.com>
to bca.eeoe@lacity.org

Hello my name is Janai Meeks
I live in Oroville California and the children's services division
along with Oro police dept violated my children and my Constitutional
Rights along with Homelessness Bill of Rights AB-5. I am filing a
complaint due to warrantless entry and unlawful seizure. If you have
any more questons please feel free to call me 5305346562.

Sig

Signin
in will
sign
you
into
Hangc
across
Googl
Learn
more

| Reply | Forward |

 ≡ Gmail     Q   label:print-for-state-general-attorney-xavier

# CIVIL RIGHTS COMPLAINT    print for state general attorney xavier ✕

 **Baby nai** <simplynai88@gmail.com>
to bca.eeoe@lacity.org

Hello my name is Janai Meeks
I live in Oroville California and the children's services division
along with Oro police dept violated my children and my Constitutional
Rights along with Homelessness Bill of Rights AB-5. I am filing a
complaint due to warrantless entry and unlawful seizure. If you have
any more questons please feel free to call me 5305346562.

Sig

| Reply | Forward |

Signin
in will
sign
you
into
Hangc
across
Googl
Learn
more

≡  ◪ Gmail          Q   label:print-for-state-general-attorney-xavier

Compose

▶ **print for state gener...**   5

▶ **Synced Messages**   4

More

# Reference case #48957.        print for state general at

 **Baby nai** <simplynai88@gmail.com>
to fosteryouthhelp

Hello my name is Janai Meeks and I believe my son is being molested c
week on Wednesday and he was walking with his legs straight as if it hu
once a month. Please have the investigator look in to this matter. He is ε
me know when you get to the bottom of this 5305346562 thank you so r

Sign in

Signing in will sign you into Hangouts
across Google
Learn more

|  Reply  |  Forward  |

Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 30 of 119

 ≡   Ｍ Gmail     Q    label:print-for-state-general-attorney-xavier

# CPS Violated Constitutional Rights    print for state general attorney xavier ›

 **Baby nai** <simplynai88@gmail.com>

to xavier

my kids were taken away from me on october 16, 2019 I have never missed a holiday nor a birthday. They were taken because of homelessness and the Mickenny Vento Act is supposed to help with that. Also, our Constitutional Rights have been violated when CPS took my children without Due Process. We reside in Oroville, Ca. and this city has completely engourged our rights as human beings. I am a US Veteran and I am sorry to say that I am ashamed to be called an American if this is what America has turned into. I am asking for a speedy trial and not receiving any help from my court appointed councel. Please help. 5305346562

**12 Attachments**

**Gmail virus scanners are temporarily unavailable** – The attached files haven't been sca

   

Sig

Signin in will sign you into Hangc across Googl Learn more

Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 31 of 119

 ≡ Ⓜ Gmail    🔍 label:print-for-state-general-attorney-xavier

## Violations By Police Officer    print for state general attorney xavier ✕

 **Baby nai** <simplynai88@gmail.com>
to EERROffice

Butte County Police Officer violated my fifth and fourteenth amendment rights! This is an email to file a c

> **Oroville Police Department**
> **Personnel Complaint Form**
>
> Janai Meeks 60 Mountain View Drive, Oroville, CA. 95966 (530)534-6562
>
> Name of Complainant     Address     Phone
>
> October 16, 2019 at 9a.m on Montgomery St across the street from 76 gas station.
>
> Date and Time of Incident/Location
>
> Officer Breck Wright

📄 **filledout-Police_co..**

Sig

Signin
in will
sign
you
into
Hangc
across
Googl
Learn
more

| Reply | Forward |

≡   Gmail          Q    label:print-for-state-general-attorney-xavier

## Wrongfully taken .        print for state general attorney xavier ✕

 **Baby nai** <janaimeeks@yahoo.com>
to FightCPScalifornia

Hello my name is Janai Meeks in Oroville california and a month ago I went to cps because i was homel
investigator worked with me for all of three weeks looking for shelters and did a drug test. It came back p
apart of their system at this point. Two weeks after the drug test the police drive up to me and question r
the social worker and she showed up with another woman and took my 1year old baby. My other 3 were
worker nor the judge. I was belittled and verbally attacked by them. My kids were detained. Now i have t
their father a suspected child molester.
Please help 2063305948

Hello my name is Janai Meeks in Oroville california and a month ago I went to cps because i was homel
investigator worked with me for all of three weeks looking for shelters and did a drug test. It came back p
apart of their system at this point. Two weeks after the drug test the police drive up to me and question r
the social worker and she showed up with another woman and took my 1year old baby. My other 3 were
worker nor the judge. I was belittled and verbally attacked by them. My kids were detained. Now i have t
their father a suspected child molester.
Please help 2063305948

Sig

Signin
in will
sign
you
into
Hangc
across
Googl
Learn
more

        Reply          Forward

Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 33 of 119

 ☰   M Gmail     Q   label:print-for-state-general-attorney-xavier

## Violations By Police Officer    print for state general attorney xavier ✕



**Baby nai** <simplynai88@gmail.com>
to EERROffice

Butte County Police Officer violated my fifth and fourteenth amendment rights! This is an email to file a c

**Oroville Police Department**
**Personnel Complaint Form**

Janai Meeks 60 Mountain View Drive, Oroville, CA. 95966 (530)534-6562

Name of Complainant      Address      Phone

October 16, 2019 at 9a.m on Montgomery St across the street from 76 gas station.

Date and Time of Incident/Location

Officer Breck Wright

📄 **filledout-Police_co..**

Sig

Signin
in will
sign
you
into
Hangc
across
Googl
Learn
more

Reply       Forward

 Gmail

**Baby nai <simplynai88@gmail.com>**

# (no subject)
2 messages

**Baby nai <simplynai88@gmail.com>**
To: da@buttecounty.net

Fri, Nov 8, 2019 at 12:26 AM

hello DA Mike Ramsey this is Janai Meeks and I do believe CPS forged one of your officers names on a report of detention paper in order to remove my kids out my care. I also believe that according to recent events pertaining to my children being detained by what looks like OroPD, and the disappearance of my daughter (which put her in harms way) I respectfully request the return of all of my children. Forgery is a crime and if the paper is not forged but the work of OroPD I will be pressing charges against whom ever put my children at risk CPS or the  police dept.. It looks bad either way! My children were never in harms reach with me. And they had everything they needed. Now on top of that I have a house and job.

How would you feel if you did the best you could to raise your children and CPS and OroPD came in your life and took your kids. After taking them one child is missing??? It doesn't feel too good.

Again I respectfully request the return of my children to my care and I request full custody be granted to myself... Please enjoy the rest of your night and a good number to reach me is 530-534-6562,

**Baby nai <simplynai88@gmail.com>**
To: da@buttecounty.net

Fri, Nov 8, 2019 at 12:29 AM

also i never said anything about you stealing my ebt card and soliciting me for sex! where Natasha Chronister got tht from is beyond me... Looks like she is good at lying...
[Quoted text hidden]



My attorney w/o Response

 Say something

≡    Gmail      🔍   label:print-for-state-general-attorney-xavier

## immediate return.     print for state general attorney xavier ✕



**Baby nai**
hello I was just wondering why being my attorney you havent told me that i can file for immediate retu



**Baby nai** <simplynai88@gmail.com>
to Christine

hello christine i hae been trying to contact you for a while now with no response. I understand that you are busy, i have to have my son and all my other 3 children that magically disappeared from this case. i am going crazy... i want you to file in the morning or befolre the day ends. the jv 180 that i am sending over to you right now. thank you. also i want a better understnding as to why my other kids are no longer listed as part of ths case and how Mrs. Chronister is able to release them to the non custodial non offending parent and tell them to hurry and file for custody. it feels as though you are working with them and not your client. I need a response asap. also i am trying to talk to marquis attorney. i want my kids.

Sig

Signin
in will
sign
you
into
Hangc
across
Googl
Learn
more

**Baby nai** <simplynai88@gmail.com>

Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 37 of 119

 Gmail     Q    label:print-for-state-general-attorney-xavier

i am emailing you the full and detailed argument for wednesday. I am disputing all claims written on the report as well as providing proof along with stats. i am not pleading guilty or no contest to the charges set forth against me. i am inoccent and i would like to have full custody of marquis serenity and kenny and joint with alyanna. since they aRE LISTED IN THE REPORT THEY ARE STILL APART OF THIS CASE. and i want all my children that were taken from me back... i will be arriving at court wednesday at 7a-730 to meet up with you. and i will try to get everything to you tonight.

thank you so much 5305346562

Sig

Signin
in will
sign
you
into
Hangc
across
Googl
Learn
more

 **Baby nai** <simplynai88@gmail.com>
to ckpricelaw

Reply      Forward

≡     Gmail      Q    label:print-for-state-general-attorney-xavier

---------- Forwarded message ----------
From: "makay9442@outlook.com" <makay9442@outlook.com>
Date: Wed, 27 Nov 2019 02:09:12 +0000
Subject: Recording (2)
To: "simplynai88@gmail.com" <simplynai88@gmail.com>

Sent from Mail<https://go.microsoft.com/fwlink/?LinkId=550986> for Windows 10

📎 **Recording (2).m4a**

Sig

Signin
in will
sign
you
into
Hangc
across
Googl
Learn
more

| Reply | Forward |

Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 39 of 119

 ≡   **M** Gmail     Q   label:print-for-state-general-attorney-xavier

## request for a speedy trial     print for state general attorney xavier ✕

 **Baby nai** <simplynai88@gmail.com>
to Christine

here is my request for a speedy trial that I can't deliver to Judge
Roberts. My kids are wanting and needing their mother

On 11/25/19, Baby nai <simplynai88@gmail.com> wrote:
> Hello Christine this is Janae I just wanted to inform you that I am serving
> CPS with the paperwork because I am filing a lawsuit because they violated
> three of my amendments the 1st the 4th and the 14th national
>
> On Tue, Nov 19, 2019, 12:26 PM Baby nai <simplynai88@gmail.com> wrote:
>
>> hello christine i hae been trying to contact you for a while now with
>> no response. I understand that you are busy, i have to have my son and
>> all my other 3 children that  magically disappeared from this case. i
>> am going crazy... i want you to file in the morning or befolre the day
>> ends.  the jv 180 that i am sending over to you right now. thank you.
>> also i want a better understnding as to why my other kids are no
>> longer listed as part of ths case and how Mrs. Chronister is able to
>> release them to the non custodial non offending parent and tell them
>> to hurry and file for custody. it feels as though you are working with
>> them and not your client. I need a response asap. also i am trying to

Sig

Signin
in will
sign
you
into
Hangc
across
Googl
Learn
more



Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 41 of 119

 ☰ Ｍ Gmail      Q   label:print-for-state-general-attorney-xavier

 to jenniferbeck

Hello I was contacting you to see if you are representing my son Marquis Slaughter in this trying moment in his life. My name is Janai Meeks and if so can you call me please at 305346562 or we could stick to emailing simplynai88@gmail.com

 **Baby nai** <simplynai88@gmail.com>
to jenniferbeck

Sig

Signin
in will
sign
you
into
Hangc
across
Googl
Learn
more

 **Baby nai** <simplynai88@gmail.com>
to jenniferbeck  ·

My petition for court. Also, is it possible to get an earlier court date? I have already missed his birthday v the new year with badness and negativity and I would really enjoyed spending the holidays with my chilc him and ask him what his wishes are and his wants out of this whole ordeal that's happening? Thank yoi

|  Reply  |  |  Forward  |

Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 42 of 119

≡  Gmail      🔍   label:print-for-state-general-attorney-xavier



From   Baby nai <simplynai88@gmail.com>

To

This is Janai Meeks Marquis Slaughters mother. I have just emailed you
the nzswer to my jurisdiction hearing. I have been trying to get my
attorney to get serious.. I wanted this filed soon after my children
were taken, I needed yo\\everyone to see how life really was for us.
Rough oh yeah but we had each other. Another thing is Natasha
Chronister Scoial worker for CPS stated thst if I didnt yell at her
about the safety of my other children I would still have Marquis. .
Also what do you think about dismissing this case I have done all that
I can do as a mother, I have raised very polite well manner
considerate beautiful children by myself and I believe I have done a
great job...

Thank you for your time.
Oh yeah Monday was Veterans Day and I have not gotten my make up visit
with my Fatty.

Send

Sig

Signin
in will
sign
you
into
Hangc
across
Googl
Learn
more



# THE BASIC NEEDS OF EVERY CHILD

By Johanna Carlson  In Parenting  February 25, 2011  6 Min read  3 comments



# THIRTY DAY NOTICE TO QUIT

*SERVED*
*TIMe é SaMe Day*

**TO: Janai Meeks**

## AND ALL OTHERS IN POSSESSION:

YOU ARE HEREBY NOTIFIED that pursuant to California Civil Code Section 1946, the tenancy from month to month under which you hold the possession of the hereinafter described premises is terminated THIRTY (30) days after service on you of this notice.

YOU ARE FURTHER REQUIRED to quit and deliver up the possession of the hereinafter described premises to the Landlord/Agent who is authorized to receive possession of the same on or before the expiration of said THIRTY (30) day period.

YOU ARE FURTHER NOTIFIED that it is the purpose and intent of this Notice to terminate said tenancy at the expiration of said THIRTY (30) day period, and that if at the expiration of said period you fail to quit said premises and deliver up possession of the same, legal proceedings will be instituted for an unlawful detainer against you to recover possession of said premises, to declare said lease or rental agreement forfeited and to recover damages for the unlawful detention of said premises.

The premises are located at

**Motel 6, Room #206, 505 Montgomery Street, Oroville, California 95965**

Landlord/Agent

**Anand Patel**

Phone Number (530) 532 9400

**DATE: July 15, 2019**

_____
**Courtney McAlister**
**Attorney for Landlord**

*3 Days after al complaineo to Corporate
e Environmental Health
6 Days after my kios were diagnosed*

Exhibit 5

**THREE DAY NOTICE T:   PAY RENT OR QUIT**

TO: Janai Meeks

AND ALL OTHERS IN POSSESSION:

INNEFECTIVE SERVICE CANNOT SERVE BOTH @ SAME TIME

YOU ARE HEREBY NOTIFIED that pursuant to the lease or rental agreement under which you hold the possession of the hereinafter described premises, there is now due and unpaid rent in the total sum of:

Four Hundred Forty-Four and 74/100 Dollars ($444.74)

Enumerated as follows:

$444.74 Rent Due from June 26, 2019 To July 15, 2019

YOU ARE FURTHER NOTIFIED that within Three (3) days after service of this Notice on you, you must pay the amount of said rent in full or quit said premises and deliver up possession of the same to the landlord/agent or the landlord/agent will institute legal proceedings for an unlawful detainer against you to recover possession of said premises, to declare said lease or rental agreement forfeited and to recover rent and damages.

YOU ARE FURTHER NOTIFIED that by this Notice the landlord/agent elects to and does declare a forfeiture of said lease or rental agreement if said rent is not paid in full within the said three (3) days.

The premises are located at:

Motel 6,  Room #206, 505 Montgomery Street, Oroville, California 95965

Person to Pay Motel 6, Attn: Anand Patel

Address to pay 505 Montgomery Street, Oroville, CA 95965

Phone Number (530) 532-9400

DATE: July 15, 2019

Courtney McAlister,
Attorney for Owner, Anand Patel





**BUTTE COUNTY PUBLIC HEALTH DEPARTMENT**
**DIVISION OF ENVIRONMENTAL HEALTH**
**SWIMMING POOL OFFICIAL INSPECTION REPORT**

| SITE NAME | Motel 6 | | | | DATE 7-10-19 |
|---|---|---|---|---|---|
| POOL ADDRESS | Feather River Blvd., Oroville | | | | REINSPECTION ON OR AFTER call inspector |
| OWNER | | | | | FR# |

| POOL TYPE | SPA TEMP | FREE CHLORINE | PH | CYANURIC ACID | INVENTORY TYPE | SERV CODE |
|---|---|---|---|---|---|---|
| Pool | — | 0.27 | 09 | 6.69 | 91 | FLOW RATE |  012  gpm |

The marked items represent violations of Title 22 & 24, California Code of Regulations and must be corrected. See reverse side for the code sections and general requirements that correspond to each violation listed below.

In = In Compliance     OUT = Out of Compliance     N/A = Not Applicable

| IN | OUT | N/A | SAFETY EQUIPMENT | IN | OUT | N/A | POOL AND POOL AREA | IN | OUT | N/A | RECIRCULATION EQUIPMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | 1. Life ring & rope | | | | 22. Dirty water line tiles | | | | 48. Filter requires backwash |
| | | | 2. Body hook | | | | 23. Broken/missing tiles | | | | 49. Broken/missing pressure gauge(s) |
| | | | 3. Lifeguard sign | | | | 24. Broken/missing depth markers | | | | 50. Broken/missing flow meter |
| | | | 4. Artificial Respiration & CPR sign | | | | 25. Broken/missing coping | | | | 51. Chlorinator missing - not operational |
| | | | 5. 911 Sign, Pool name & address | | | | 26. Inadequate skimming | | | | 52. Chlorinator filled & operational |
| | | | 6. Maximum occupancy sign | | | | 27. Water level too low/high | | | | 53. Direct connection to sanitary sewer |
| | | | 7. Spa Warning sign | | | | 28. Broken/missing skimmer basket | | | | 54. Direct connection to water supply |
| | | | 8. No diving sign | | | | 29. Broken/missing skimmer weir | | | | 55. Secure/dirty equipment room |
| | | | 9. Spa ER shut-off switch sign | | | | 30. Broken/missing diverter valve | | | | 56. Gas chlorination system |
| | | | 10. Keep Closed sign | | | | 31. Spa pool water > 104°F | | | | 57. Spa ER shut-off switch |
| | | | 11. Diarrhea sign | | | | 32. Animal in pool/pool area | | | | 58. Label pipes/valves |
| | | | 12. Spray ground sign | | | | 33. Chlorine tablets in skimmer | | | | **ANCILLARY AREAS** |
| | | | 13. Signs/equipment visible | | | | 34. Pool cover/Pool sweep | | | | 59. Inoperable drinking fountain |
| | | | **WATER QUALITY** | | | | 35. Broken/missing main/skimmer equalizer cover(s) | | | | 60. Unsanitary restroom/shower area |
| | ✓ | | 14. Low/high chlorine | | | | 36. Broken/loose/missing stair handrail | | | | 61. Hot water in shower/restroom |
| | | | 15. Low/high chlorine with Cyanuric Acid | | | | 37. Broken/loose/missing ladder grab rail | | | | 62. No soap in shower |
| | ✓ | | 16. pH out of range | | | | 38. Underwater light not operational | | | | 63. Soap/paper towel/toilet paper in restroom |
| | | | 17. Cyanuric Acid > 100 ppm | | | | 39. Night time operation of pool light | | | | **OPERATOR** |
| | | | 18. No DPD Test Kit | | | | 40. Deck obstruction | | | | 64. No responsible supervision of pool |
| | ✓ | | 19. Cloudy water | | | | 41. Trip hazard on pool deck | | | | 65. Pool/equipment area not accessible |
| | | | 20. Pool shell in disrepair | | | | 42. Fence in disrepair | | | | 66. No daily/monthly logs |
| | | | 21. Dirt/leaves/algae/debris | | | | 43. Self-closing/latching gate in disrepair | | | | 67. No lifeguard service or certification |
| | | | | | | | **RECIRCULATION EQUIPMENT** | | | | 68. Operating License/Plan Check |
| | | | | | | | 44. Turn Over Rate not met | | | | 69. Other |
| | | | | | | | 45. Recirculation system | | ✓ | | 70. POOL CLOSED BY EH |
| | | | | | | | 46. Pump not operating/GVW | | | | |
| | | | | | | | 47. Filter not operational | | | | |

OBSERVATIONS AND CORRECTIVE ACTIONS: 1) Life ring in pool w/ kids playing. Store ring in appropriate location w/ ring & cord.

Reinspection fees will be charged for all subsequent reinspections unless an acceptable corrective time schedule has been submitted and approved by the Department. If for any reasons beyond your control, you cannot correct the indicated violations by the next scheduled time, call this office prior to the inspection day.

202 Mira Loma Drive
Oroville CA 95965
(530) 552-3885
FAX (530) 538-5338
www.buttecounty.net/publichealth

| R.E.H.S. | |
|---|---|
| RECEIVED BY | |
| Page | 1 of 2 |

812401 pool inspection report 1300 15

My Letter

Alyanni  7-24-19
Because people look at
my face ask me quastions
-about it like What
happend to your face
It made me cry
I wouldnt cry in front
of people I wait till im
by myself to cry.
with nobody in sight to see
me cry to

Marquis

I feel frustrated, mad, and sad because we got kicked out for me and my sisters got sick with ampatigo from their pool. And I don't no how you kick someone out for some bodyes kid getting sick. And i'm mad because we have to sleep in our truck/cal And i'm sad because I liked it ovor there.

July 20, 2019        Relief From Forfeiture

I packed my family up & moved to Oroville, CA, without knowing what to expect. My husband is a very abusive man & my children deserve better than that. In a matter of 4 months we went from having a little peace of mind to, losing everything. I started working at an assisted living facility a month after arriving out here. I had to resign due to the contagious infection. I'm losing my storage, because I can no longer afford it. My kids eat noodles (Top Ramen) every night. Yet they keep smiling. If it wasn't for them I would be lost. I don't feel as though I am asking for a lot. I as well as my children have been made to feel ashamed, unworthy & different by Motel 6 staff.



(EMPLOYMENT)



WESTMONT LIVING®
inspired retirement living

June 10, 2019

Janai Meeks                                         Sent via email: janaimeeks3_4F7@indeedmail.com
510-560-0228

*New job began 6/17/19*
*Long wait for Fingerprints*

RE: Offer of Employment

Dear Ms. Meeks,

Westmont Living is pleased to offer you the position of Medication Assistant/Personal Caregiver with our The Terraces community.  This offer is contingent on the successful completion and passing of a pre-employment physical, TB and drug testing, a fingerprint background check, signed enclosed Mediation and Arbitration Agreement, and satisfactory proof of your identity and legal authority to work in the United States. Westmont Living reserves the right to rescind this offer and re-open the position if any of the foregoing conditions are not met or if the criminal clearance is not returned clear within 10 business days of the date fingerprints are taken.

You will report to Brad Azevedo, Executive Director of The Terraces.  Your hourly rate of pay will be $12.00/13.00. You will be paid on a semi-monthly basis on the 7th and the 22nd of each month. This is an at-will, full-time employee position, non-exempt from overtime pay under federal and state laws.  At will employment means that either you or the company may terminate your employment at any time, for any reason or no reason, with or without cause or notice.  Regular employment is for no specified period of time and Westmont Living makes no guarantee or contract of continued employment.  Although your job duties, title, compensation, and benefits, as well as Westmont Living's personnel policies, may change from time to time, the "at will" nature of your employment may not be changed, except in an express written agreement signed by you and Westmont Living's President.

You will be eligible to enroll in Westmont Living's health benefits program that includes medical, dental and vision services for you and your authorized dependents.  Benefits begin on the first of the month after you have completed 30 consecutive days of employment.  Westmont Living also offers paid vacation leave starting at an accrual rate 0.0385 hours per hour worked, up to a maximum of 80 hours annually.  Sick leave will accrue starting from your hire date at 1 hour for every 30 hours worked, which carry over from year to year up to a maximum accrual of 69.33 hours, however, you may not begin using sick leave until the 90th day of employment.

Please respond to this offer within three business days.  If you accept this offer, please sign below, sign the Mediation and Arbitration Agreement and return both to me.  This document supersedes and replaces any and all other written and verbal agreements or representations concerning your employment.

Provided all of your pre-employment screenings are returned clear, the start date of your position is Monday, June 10, 2019 at 10:00 AM.  Daisy Lee, Business Office Director, will be contacting you to provide you with information on how to obtain your background check and schedule an appointment for your physical exam, TB and drug test. We are confident that your skills, experience and abilities will be a complement to our team and we look forward to a meaningful and productive working relationship.

Cause Of Action: Negligence

Motel 6's failure to keep weekly logs of pool maintenance as well as actually keeping up with pool maintained, meaning checking chlorine levels, checking pH balance levels and cyanuric acid levels was never a part of their daily routine. As a public swimming pool owner they have the duty to protect guest from hazards.

If someone has been maintaining a pool for several years, they should be aware of the risk that comes along with poor pool sanitizing. When not sanitized properly, a pool that is supposed to have a chlorine residual acceptable to that municipal codes of California is a cesspool for infection. If your swimming pool is a public swimming pool you have the duties to inform your customers or guests that your swimming pool is not up to par.

A swimming pool with low chlorine residuals is like a big bathtub full of bacteria, infection, fecal matter, a big bad place to enjoy at the light day of swimming. Have you had been maintaining swimming pools for years you should be aware of the risks that come along with not sanitizing and decontaminating your pool.

Now I'm not saying that my kids developing impetigo while swimming at Motel 6 in Oroville swimming pool was Adam Alice out of malice. But what I am stating is that the facts and the events that occurred after the fact were. My children were harmed and then told to leave and what we didn't leave they rejected us they ignored us they stuff their housekeeping duties. They blamed my children breaking glass that they never broke and they refuse to show me the evidence stating that they did. That event was out of malice, the other events like turning off the water, and evicting us after my children what's contaminated was out of malice. the eviction that we indoors and having a sleep in our truck scared for our lives was that a malice. There is no way is that a corporate or public entity should be allowed to tell children that they deserve to be homeless because they got sick and they called and

asked for help! If that was your child how would you feel and what would you do because I'm pretty sure if you're a good parent you fight till the end to make sure that your children feel worthy because mine are much more than that. when a child is hard and ask for help and it comes from a parent they call CPS child protective services but when a child is harmed and they call for help and it's a public entity they call you a liar they call you a thief and they drag your name through the mud what happened to child protective services what my children got sick and a whole community ganged up on them? It was negligence on the behalf of Motel 6 that contributed to my children getting sick. Environmental health shut that pulled down when I called and ask for help, but the big people called me a liar called my children liars and made them feel like they can come and ask for help from nobody. If that is okay and the society that we live in today in the community that we live in today then there has been nothing that changed throughout the years the only thing that change is our age got a little bit higher and the people that were made to suffer changed just a little bit. Instead of it being blacks and whites going against each other in grown ups with money powerful Rich grown ups going against children that you tell me is that a fair battle? No it's not and it will never be.

That is like a 15 year old bully beating up a three year old that will never in America be fair! All Motel 6 had to do was keep maintaining their pool and we would not be here today if they took the time and actually chlorinated their water, drained out some of the cyanuric acid and kept a pH balance of 7.4 we would not be here today. Is instead of getting the boot we got an apology we would not be here today.

Motel 6 swimming pool was shut down several times during our stay my kids were just what are the select few that got sick. And instead of walking away with my head down I fought with my children, tears in my eyes but my head still high.

I believe wholeheartedly that Motel 6 knew that they were cleaning their pool and knew that there was risk that went along with that. They probably didn't mean for somebody to get infected but the fact is it happened.

Cause Of Action: Premise Liability

Since the swimming pool at Motel 6 was the reasoning behind my kids developing impetigo and it is a public pool that guests are allowed to be in and enjoy. My children suffered a great deal there are stay at Motel 6 it started off great until the pool opened. Premises means area your, your land, and your perimeter. And since the swimming pool is in the perimeter of Motel 6 and it is under Motel 6 advertising and I'm pretty sure they have insurance for this swimming pool, there are certain guidelines and bylaws pertaining to their property. The swimming pool belongs to Orowest Lodging Inc.

And since you are the owner aka the representative of that property you have to follow strict rules and guidelines the municipal codes of the State of California.

You as an owner of a public facility you are responsible for the upkeep of that facility the maintenance of that facility and informing your guests of possibilities that can go with long with that facility. You knew June 10th that your pool was inadequate you quickly fix the problem and quickly forget about it. You being a public facility what's a swimming pool you have to follow the codes of California and the codes of California say that there is no lifeguard on duty there for your employees aren't supposed to inform and be trained to deal with certain hazards that go along with having a swimming pool that is open to the public as long as you have a room that you have paid for. my children were entitled to be in that pool considering we had a room in that facility in that Motel for months before the swimming pool even opened.  My children were not infected or hospitalized or even have to go to the doctor for anything other than immunization until that pool opened up you have the premise liability to secure your premises and make adequate changes if something is a hazard it is your responsibility as a owner to fix that. It is a shame that instead of fixing the problem that you knew from the beginning was in fact and indeed a problem you pushed children away. You left children to be heartbroken and their value diminished because you're malice and fraud and falsification. instead of acknowledging and accepting the fact that this is indeed the problem at hand you thought that you could just wash your hands and do away with children. We are the United States of America the home of the brave the land of the free but children don't have the freedom to simply say hey I need help.

If your child was being molested at a daycare facility and they came to you and ask for help would you shoot them away or would you help and stand up for what you know is right? How could you honestly say that you're an American when your due diligence belongs to someone else?

These children needed an ear and they got a load of cow manure shoved in their face all because a company that can afford attorneys and food everyday and dress fancy and drive plush cars refused to listen. If this is how people are treated when they ask for help and assistance I can honestly say I am ashamed to be an American.



| SUPERIOR COURT OF CALIFORNIA, COUNTY OF BUTTE | (Court Use Only) |
|---|---|
| PLAINTIFF(S)/PETITIONER(S): Janai Meeks | Superior Court of California County of Butte **FILED** OCT 0 4 2019 Kimberly Flener, Clerk By_____ Deputy |
| DEFENDANT(S)/RESPONDENT(S): Orowest Lodging, Inc. Sanjay Patel | |
| SMALL CLAIMS MEDIATED AGREEMENT | Case Number: 19SC02394 |

The Parties whose signatures appear below have reached a mediated resolution to this case.

☐ 1. Defendant(s) / Plaintiff(s) (circle) shall pay to Plaintiff(s) / Defendant(s) the total amount of $_____ towards Plaintiff's / Defendant's claim.

☐ 2. Defendant(s) / Plaintiff(s) will pay the total amount in one payment on or before _____.

☐ 3. Defendant(s) / Plaintiff(s) (circle) will make payments of $_____ every _____ beginning _____ until the total amount is paid in full.

☐ 4. Defendant(s) / Plaintiff(s) (circle) will make payment(s) _____ in person / _____ by mail with certified funds to _____

☐ 5. Defendant(s) / Plaintiff(s) agree as follows:

Defendant agrees to waive collection of money from Judgment of case No. 19UD02198 and Plaintiff will release Defendants Sanjay Patel & Orowest Lodging, Inc. of all other claims in this matter.

Supposed to take off

Money & Eviction !!!

☒ 6. This is a full and mutual release of all other claims between these parties arising out of this transaction or occurrence.

1 of 2

☐  7. Defendant(s) / Plaintiff(s) will submit _____

_____ to Court indicating the agreement was fulfilled.

☐  8. The Parties request immediate dismissal of this case.

☐  9. This resolution shall become a judgment for Plaintiff(s) / Defendant(s) upon the default (failure to perform) by
Plaintiff(s) / Defendant(s) in the amount of $_____ less any monies already paid.

---

Date of Review: _____ Time: _____ Dept.: _____

*This is your Notice of Hearing. If there is non-compliance of the Agreement by
either side, you should appear at Court on the review date. If you intend to appear,
you need to notify the other Party, in writing, at least 5 days in advance of the
hearing date.*

*If the Parties do not appear, the case will be dismissed.*

---

It is the intention of the Parties signing below that this Agreement shall be admissible as evidence and
enforceable in Court.

Date: 10 | 4 | 19

Plaintiff's Signature

Janai Meeks

Print Name

Plaintiff's Signature

Print Name

Mediator: _____

DATE: 10 – 4 – 19    IT IS SO ORDERED: _____

Date: 10 | 4 | 2019

Defendant's Signature

Anand Patel

Print Name

Defendant's Signature

Print Name

Judge/Commissioner of the Superior Court
                    pro Tem        ALBERT J. LENZI

Small Claims Mediated Agreement Form                          Revised June 2018

2 of 2



# Superior Court of California, County of Butte
## Minute Order

Meeks, Janai vs. Orowest Lodging Inc.                                              19SC02394

| | | | |
|---|---|---|---|
| Hearing Type: | Court Trial | | |
| | *Plaintiff's Claim $10,000 + Waived Costs* | | |
| Hearing Date: | October 04, 2019 at 8:30 AM | Location: | NC-3 |
| Heard by: | Hon. Lenzi, Albert J | Courtroom Clerk: | Patricia Payne |
| Court Reporter: | N/A | Court Interpreter: | N/A |

## Appearances:
Sanjay Patel, Agent, not present
**Orowest Lodging Inc., Defendant, present by Anand Patel**
**Janai Meeks, Plaintiff, present**

## Proceedings:
The Court indicates the nature of the proceedings.

The matter is referred to mediation.  Mediator: Margarita Diaz
The matter is resolved by mediation.

The Court recites and executes the Small Claims Mediated Agreement.

The Small Claims Mediated Agreement is presented to the clerk for filing.

Pursuant to the Small Claims Mediated Agreement, the case is dismissed with prejudice.



**BUTTE COUNTY PUBLIC HEALTH DEPARTMENT**
**DIVISION OF ENVIRONMENTAL HEALTH**
**SWIMMING POOL OFFICIAL INSPECTION REPORT**

| | | | |
|---|---|---|---|
| DBA NAME | Motel 6 | DATE | 7-10-19 |
| ADDRESS | Feather River Blvd, Oroville | RECHECK DATE | call inspector |
| OWNER/OPERATOR | | SITE # PROG | |
| MAILING ADDRESS | | CORRECT MAJOR VIOLATIONS BY | |
| INVENTORY TYPE | SERVICE 012 | CORRECT MINOR VIOLATIONS BY | |

**OBSERVATIONS AND CORRECTIVE ACTIONS**

14) Chlorine residual too low. Maintain chlorine residual between 1.0-10.0 ppm.

16) pH out too low. Maintain pH between 7.2-7.8.

19) Water cloudy. Eliminate cloudiness.

70) Pool closed due to chlorine residual too low. Call inspector when ready to reopen for follow up inspection.

Updated: 041015
Page 2.2

**BUTTE COUNTY PUBLIC HEALTH DEPARTMENT**
**DIVISION OF ENVIRONMENTAL HEALTH**
**SWIMMING POOL OFFICIAL INSPECTION REPORT**



| | | | |
|---|---|---|---|
| SITE NAME | Motel 6 | DATE | 7-11-19 |
| POOL ADDRESS | 505 Montgomery St., Oroville | REINSPECTION ON OR AFTER | |
| OWNER | | PR # | |

| POOL TYPE | SPA TEMP | FREE CHLORINE | PH | CYANURIC ACID | INVENTORY TYPE | SERV CODE |
|---|---|---|---|---|---|---|
| POOL | — | 2.94 | 7.68 | 94 | FLOW RATE | 013 gpm |

The marked items represent violations of Title 22 & 24, California Code of Regulations and must be corrected. See reverse side for the code sections and general requirements that correspond to.

A Mother's
Heart

# JANAI MEEKS & CHILDREN

Oroville, CA 95966

Simplynai88@gmail.com

# IN REGARDS TO MY FAMILY!

In regards to my children not having adequate food , we received over $500 dollars in food stamps that went solely on the nourishment of my kids. My children ate breakfast, lunch and dinner every day and had an abundance of snacks. Although we did not have a house per se, I have a portable stove that was used to cook my children meals. The park that is located near the river Riverbend Park also had barbeque grills that we used to prepare meals. The Hope Center also was utilized to feed my children. It serves breakfast at 10am daily and on Sunday it serves dinner at 4pm.

My children always ate and we received food boxes from the Hope Center as well when within our time frame of 6 months. Snack bags were also offered to us which included noodles, oatmeal, granola bars and water bottles. When we would come close to running out of food my husband would send money. He sent Wal-Mart to Wal-Mart three times of $100 twice and $60 the final time.

My children received new clothes and shoes weekly provided by the Hope Center as well. They had an overload of children clothing and shoes as well as blankets that we were able to retrieve from the company. My children also received three huge garbage bags of clothing from the employee at the Super 8 Motel during our stay. That employee provided shoes as well as jackets to my children. All of my aid went to getting rooms when available. Myself and my children were only evicted from one Motel in Oroville and that was Motel 6, which during our time there I had obtained a job at the Terraces of Chico working with elderly patients. All of my children's shots are up to date Serenity just needed her second round of immunizations. Which she had a walk in appointment for at the Oroville Clinic.

While in Oroville I was utilizing the homeless housing program and continuously applying for apartments and seeking a permanent residence for my family. I was unsuccessful at doing so. The plan was to stay housed at Motel 6 until which event can take place. Unfortunately that was not the outcome. We were blacklisted from renting any other hotels close to the school bus stop that my kids took to school. After remaining in my vehicle for an extended period of time and occasionally getting a at the Dahl's Motel, which the manager stated that my company looks like riff raff (which were four HUMAN BEINGS; Donald a man that needed help writing a resume, Marc which just so happens to be my new landlord, my play sister Sam, her help is always necessary and Christine the neighbor and employee of the Dahl's) and no visitors could come by.

[Pick the Date]

Janai Meeks & Children

I took time to feed my fellow homeless patrons of Oroville and whatever other city I stumble across. One morning after the kids returned to the room, from leaving their school bus stop, Lynn noticed that I left. I rushed to the library to see if Audrea B. was there working. As soon as I saw that Friday was not her typical library day I returned, and on my way back my 10 year old daughter calls me and informs me that the police were there. Lynn called the police because of the way my babysitter looked (which is prejudice). I ran to the library for all of ten minutes. Later she came to me and said that "Since I had police activity at my room I had to leave". She tried her hardest to produce tears. She also let me know that the owner of the Dahl's Motel does not want to do business with welfare recipients, homeless, and less attractive groups of people. I ran out of ideas and resources. Officer Sears was told by myself that we were heading to the Oroville Rescue Mission and he informed my child Marquis that he was going to get him a bed. On the way to the Rescue Mission Officer Sears contacted someone about helping our family and later got us a room at the Budget Inn for two nights, which we were grateful to have. Upon leaving the hotel we cleaned the room extensively and departed. I have been applying to different apartments and houses throughout California, not just in Oroville. My credit was not the greatest so I contacted Lexington Law firm to help. Officer Sears later introduced me to Behavior Health worker Issac and he sought to help my family which he did. He invited me to apply for VA benefits for which I accepted and have been working with Audrea Badial ever since. Yes the county did help alot and I am truly thankful but ultimately it is up to the owner of the property to say yes. And we recently got another chance at life. Thank you JESUS!

I have always looked after my children and would stay up all night with my dog in one hand and a knife in the other watching my children so that nothing harmful came their way. I love and cherish my children always have and always will. My children were not in any danger with me. After 5 hours of having my children OroPD informed me that my 10 year daughter was missing and they couldn't find her. We searched for hours for my child. The foster family that my kids were taken to Frank hit my daughter because she cried for me. CPS nor did OroPD inform me. My child did. So she ran away. Now that is a case for general neglect!

I have never admitted to using methamphetamines or any other illegal drug. I only smoke marijuana and not in the presence of my children. It was smoked as a sleep and hunger medication. My positive drug test are probably the result of my asthma inhalers, ibuprofen along with cough medication. I don't know.

Also, I never stated that DA Mike Ramsey propositioned me for sex, which is absurd. I request that the courts find these allegations set before them by the Children's Services Agency be deemed false and entirely fabricated. There are numerous contradictions within a few pages. My children were subjected to harm in the presence of a County Official within a few hours of taking hold of them. In 14 years I have yet to lose a child and put them intentionally in harms way. Also, when 3 of my other children were placed with their fathers my son Marquis was left to fend for hisself. He's good at that type of stuff. When Natasha Chronister spoke with me and told me where my other kids have gone I got upset, but I managed to contain myself until I was off the line. And Natasha Chronister states, " WELL I WAS GOING TO SAY BEFORE YOU YELLED AT ME , THAT SINCE MARQUIS IS THE ONLY ONE TO GO TO FOSTER CARE HE SHOULD GO BACK WITH YOU. If I neglected my children why would that be an option until I show concern about my two youngest? Another question I would like to share is, If we got in contact September 21, 2019 because I went to the county asking for help for my kids, why is it that a month goes by before you take them? And you filed the paperwork with the courts two days

Janai Meeks & Children

after detaining my boy? Which also means it allowed Mrs. Chronister to clean up the mess of a job she did with my daughter.

I have written letters from multiple neighbors and friends regarding my parenting. I have never missed a birthday until CPS took my children from my custody nor have I missed a holiday until then. My children had an adequate living situation for our circumstances; they also have a loving mother that cares deeply about their feelings and heart. Please return my children back into my care. I have done nothing wrong but be homeless, and poverty is not neglect.

I am still working with the VA case worker as well as going to Community Group Meetings. Also my mental state is very much up to par as I am still passing Butte County employment exams.

THANK YOU YOUR HONOR

**Janai S. Meeks**

Oroville, CA 95966



# THE BASIC NEEDS OF EVERY CHILD

By Johanna Carlson  In Parenting  February 25, 2011  6 Min read  3 comments

My children had a peaceful living situation for the time being. According to *tinyhousegiantjourney.com,* Van dwelling, or living in a converted van, has been around for a long, long time.

Vandwelling is a lifestyle of living full- or part-time in a vehicle, typically a van that has been modified with basic amenities, such as house batteries, solar panels, a bed platform, some form of toilet, sink and storage space.
Some vandwellers live this lifestyle by choice while seeking freedom, self-sufficiency, and mobility without paying for conventional stationary housing, while for others it may be one step from living on the street.

PLEASE READ

## *Is Vandwelling Illegal in Butte County California*

www.buttecounty.net/Portals/10/CodeEnforcement/...
Vandwelling includes an occupied legal residence that is a dwelling in compliance with Chapter 26 of the Butte County Code and has also met the requirements of Sections 34C-6 and 34C-7. (n) "Private residence" means a house, apartment unit, mobile home, or other similar dwelling.

And according to definitions.uslegal.com/m/mobile-homes

Mobile Home is defined as "a detached residential dwelling

unit designed for transportation after fabrication on streets or

highways on its own wheels or a flatbed or other trailer, and

arriving at the site where it is to be occupied as

a dwelling complete and ready for occupancy except for minor

and incidental unpacking and assembly operations, location on

④

# THE BASIC NEEDS OF EVERY CHILD

By Johanna Carlson  In Parenting  February 25, 2011  6 Min read  3 comments

jacks or other temporary or permanent foundations, connections to utilities, and the like.

My truck was considered our detached residential dwelling unit. Sure It was a little stuffed, I tried making the bed out of my children's clothes. It worked all too well! We thought of it as **camping out** and we told ghost stories that would make a grown man wet themselves. Late night junk food (Takis) to be more precise, was a family moment. Tears sweat and laughter over eating a bag of takis together, that's what family is all about. The simple things in life, make the grand things much more treasurable.

PLEASE READ WHAT I HAVE TO SAY !!! PLEASE. NEXT 3pgs.

I am a mother who looks forward to seeing her kids smile and laugh. It makes life that much more precious. Of course children are going to get on your nervous, but when they are gone for the weekend you miss the shenanigans!

Crying doesn't come close to describing how I feel on a daily basis. My children were stripped from me and it was like my heart was ripped out of my chest and left on the curb. Then run over by a motorcyclist and scooped up and eaten by a stray dog!

My children were never in any harm while in my presence or in my care period. Butte County my kids are my pride and joy and I am going to have days where I am frustrated. Days when I don't want to get up, but have to. And there are going to be days when the world just stops and I look at my kids and cry because I know that I am doing something right. My parenting is my EVERYTHING. I was raised in foster care and I always made sure that my children will never be. I didn't fail as a parent. And never will. If we can make it homeless in the USA we can make it rich EVERYWHERE! Money doesn't determine how much you love or how good you care for your children. And neither does society!

## Hygiene Inventory

1. Combs-3
2. Brushes-2
3. Soaps-17 bath soaps
4. Shampoo- 8
5. Conditioner- 4
6. Lotion- 16
7. Toothpaste- 12 tubes
8. Inhalers- 6
9. Diapers- 113+ potty chair
10. Deodorants- 5
11. Shavers- 5
12. Strollers- 2
13. Carseats-2 (1 booster seat)
14. Walker- 1

V.A.

Housing

Plan

Signed

10.8.19

# Janai Meeks

Audrea Badia
Chico VRC

PROFILE (/CLIENTS/19731/PROFILE)    CONTACT (/CLIENT/19731/CONTACT)    LOCATION (/CLIENT/19731/LOCATION)    **ASSESSMENTS (/CLIENTS/19731/ASSESSMENTS)**

FILES (/CLIENTS/19731/FILE)    PROGRAMS (/CLIENTS/19731/PROGRAMS)    SERVICES (/CLIENTS/19731/SERVICES)    NOTES (/CLIENTS/19731/NOTE)

HISTORY (/CLIENTS/19731/HISTORY)    SEARCH (HTTPS://VRC.CLARITYHS.COM/CLIENTS)    CASELOAD (HTTPS://VRC.CLARITYHS.COM/CASELOAD)

## SSVF (03) HOUSING STABILITY PLAN: CRISIS/INITIAL

*Show Future Housing Plan*

**Assessment Date** — 10/08/2019

**Purpose of this plan:** Rapid Re-housing

**Goals:** Housing stabilization, financial stabilization, health and wellness, stabilization to maintain custody

**Tenant Screening Barriers:** No income, limited housing resources, eviction and fairly presentable credit

**Housing Retention Barriers:**

**Strengths and Resources:** Working with community resources who is supporting her to stabilization

**Veteran Preferences:** Stay in the Oroville area

**Objective 1.** Housing stabilization

**What:** CVRC Rapid Rehousing

**Purpose:** Communicate with Case Manager on weekly basis, participate in the Rapid Rehousing Program

**Who:** Veteran

**By When:** Weekly

**What:** HDAP program

**Purpose:** Apply for HDAP program to determine eligibility for supportive services

**Who:** Veteran

**By When:** October 22, 2019

**What:** HUD-VASH

**Purpose:** Apply for HUD VASH to determine eligibility

**Who:**                       Veteran

**By When:**                   October 22, 2019

**Objective 2.**               Financial stabilization



**What:**                      Applying for employment opportunities and needing financial help with book publishing

**Purpose:**                   To increase household income resources

**Who:**                       Veteran

**By When:**                   October 22, 2019

**What:**                      Veterans Service Officer

**Purpose:**                   Meet with the Veteran Service Officer to determine what Veteran benefits you may be eligible for

**Who:**                       Veteran

**By When:**                   October 22, 2019

**What:**                      Unemployment Benefits

**Purpose:**                   Applied for unemployment benefits

**Who:**                       Veteran

**By When:**                   Completed

**Objective 3.**               Health and wellness

**What:**                      CalFresh Benefits

**Purpose:**                   Applied for CalFresh benefits to meet the nutritional needs of the hh.

**Who:**                       Veteran

**By When:**                   Applied

**What:**                      Veterans Administration Health Care

**Purpose:**                   Connect with VA Health Care for health care services if eligible

**Who:**                       Veteran

**By When:**     October 22, 2019

**What:**     Self Care

**Purpose:**     Maintain self care through rest, nutrition, self time

**Who:**     Veteran

**By When:**     Daily

**Objective 4.**     Stabilization

**What:**     Housing

**Purpose:**     Gain permanent stable housing for overall health and well-being of family

**Who:**     Veteran and CM

**By When:**     October 22, 2019

**What:**     School

**Purpose:**     Children attend school more often than not to display stabilization

**Who:**     Veteran

**By When:**     Daily task

**What:**     Increase school attendance for children

**Purpose:**     Promote confidence and discipline within the children and give them a sense of accomplishment

**Who:**

**By When:**

Private

| SAVE | CANCEL |
|------|--------|



 Gmail

**Baby nai <simplynai88@gmail.com>**

## My children

**Michael Sears <msears@oropd.org>**                                    Sun, Nov 3, 2019 at 10:29 PM
To: Baby nai <simplynai88@gmail.com>

I am very sorry your going through all of this. I am not involved in any way in this case; I'm provided pause by you saying I felt "uneasy" because I don't have any details of this matter. I do know that I made every effort at supporting you and the kids. I have spent my own money to make certain you and the kids were safe and I contacted CPS personally to see what assistance could be provided. I, unformatuly don't have a say or any control over the decisions that CPS makes regarding placement of children. I thought through the course of my personal actions that you would be provided some incite into how I feel about you and your children. It was clear to me that you are a good mom who was faced with a difficult circumstance and that's why I went above and beyond for you. I was routing for you and still am and I'm certainly routing for those babies !!! I thought I made that pretty clear.

Sent from Mail for Windows 10

**From:** Baby nai <simplynai88@gmail.com>
**Sent:** Sunday, November 3, 2019 11:18:00 AM
**To:** Michael Sears <msears@oropd.org>
**Subject:** My children

Hello Sargeant Sears this is janai Meeks and I was emailing you answer in regards to my CPS case it states that you mention feeling uneasy about my children being in my care. I know that we were having a rough time and trust me it wasn't easy but I miss my babies! Please respond to me I don't even know what else to do. I go to court November 13th at 8:30 a.m. I need to know what I did wrong as a parent and as a mother because what I asked my children well Marquis because he's the only one that I get to talk to he said I didn't do anything wrong we were just homeless and fighting, funny thing is I sign my lease the day after they took my children. Please respond back to me.  My own attorney won't even return my emails or calls neither will the social worker Natasha.

Thank you! For everything!

www.freeprintablemonthlycalendars.com

Case 2:19-cv-02514-KJM-KJN   Document 1   Filed 12/13/19   Page 77 of 119

*Housing Asst*

*May 17 - July 28*
*&*
*Sept 17 - Sept 22*

*Housing Asst*
*Granted.*

Printed from the C-IV System on 11/6/2019 12:30:27 PM.

**Case Name:**

Janai Meeks

**Case Number:**

2103227

## Service Arrangement Detail
- Indicates required fields

**Name:**

Janai Meeks

**Service Arrangement ID:**

808427789

**Need**

| **Need Type:** | **Need Category:** | **Need Status:** |
| --- | --- | --- |
| Temporary Housing Costs | CalWORKs HSP | Met |

**Need Description:**
HSP- 5 Nights Temp Shelter 5/17/19-5/21/19 @ Motel 6

**Activities**

| Type | Status | Begin Date | End Date |
| --- | --- | --- | --- |

*Mio May Start housing*

**Arrangement Details**

**Arrangement Period:**
From: 05/17/2019 To: 05/21/2019

| **Program Type:** | **Aid Code:** |
| --- | --- |
| CalWORKs | 32 - CW-TANF-Timed Out (State) |

**Voucher:**
No

| **Payee:** | **Provider:** | **Service:** |
| --- | --- | --- |
| Same as Provider | Motel 6 | HA - Homeless Assistance |

**Employed:**
No

**Service Type Description**

HSP- 5 Nights Temp Shelter
5/17/19-5/21/19 @ Motel 6 =
$325.00

**Total**

325.00

**Status History**

| Status | Status Reason | Status Date |
| --- | --- | --- |
| Approved | Eligible for service | 05/17/2019 |
| Closed | Service Provided | 05/17/2019 |

*5/17 - 7/28*
*Total:*
*5,630.00*

*3 DIFF HOUSING*
*PROGRAMS !*
*total 45 Days*

**Comments:**

Last Updated On 05/20/2019 4:30:26 PM By: 224087

This Type 1 page took 0.65 seconds to load. Last month it averaged 0.44 seconds.

Case 2:19-cv-02514-KJM-KJN     Document 1     Filed 12/13/19     Page 78 of 119

**Printed from the C-IV System on 11/6/2019 12:30:50 PM.**

**Case Name:**

Janai Meeks

**Case Number:**

2103227

## Service Arrangement Detail
- Indicates required fields

**Name:**

Janai Meeks

**Service Arrangement ID:**

808432028

**Need**

**Need Type:**          **Need Category:**          **Need Status:**

Temporary Housing Costs     CalWORKs HSP            Met

**Need Description:**

HSP- 6 Nights Temp Shelter 5/22/19-5/27/19 @ Motel 6

**Activities**

| Type | Status | Begin Date | End Date |
|------|--------|------------|----------|

**Arrangement Details**

**Arrangement Period:**

From: 05/22/2019 To: 05/27/2019

**Program Type:**          **Aid Code:**

CalWORKs                32 - CW-TANF-Timed Out (State)

**Voucher:**

No

**Payee:**          **Provider:**          **Service:**

Same as Provider     Motel 6            HA - Homeless Assistance

**Employed:**

No

| Service Type Description | Total |
|--------------------------|-------|
| HSP- 6 Nights Temp Shelter 5/22/19-5/27/19 @ Motel 6 = $390.00 | 390.00 |

**Status History**

| Status | Status Reason | Status Date |
|--------|---------------|-------------|
| Approved | Eligible for service | 05/22/2019 |
| Closed | Service Provided | 05/22/2019 |

**Comments:**

Last Updated On 05/28/2019 11:23:47 AM By: 224324

This Type 1 page took 0.32 seconds to load. Last month it averaged 0.44 seconds.

**Printed from the C-IV System on 11/6/2019 12:31:05 PM.**

| Case Name: | Case Number: |
|---|---|
| Janai Meeks | 2103227 |

## Service Arrangement Detail
- Indicates required fields

| Name: | Service Arrangement ID: |
|---|---|
| Janai Meeks | 808436067 |

### Need

| Need Type: | Need Category: | Need Status: |
|---|---|---|
| Temporary Housing Costs | CalWORKs HSP | Met |

**Need Description:**
HSP- 3 Nights Temp Shelter 5/28/19-5/30/19 @ Motel 6

### Activities

| Type | Status | Begin Date | End Date |
|---|---|---|---|

### Arrangement Details

**Arrangement Period:**
From: 05/28/2019 To: 05/30/2019

| Program Type: | Aid Code: |
|---|---|
| CalWORKs | 32 - CW-TANF-Timed Out (State) |

**Voucher:**
No

| Payee: | Provider: | Service: |
|---|---|---|
| Same as Provider | Motel 6 | HA - Homeless Assistance |

**Employed:**
No

| Service Type Description | Total |
|---|---|
| HSP- 3 Nights Temp Shelter 5/28/19-5/30/19 @ Motel 6 = $195.00 | 195.00 |

### Status History

| Status | Status Reason | Status Date |
|---|---|---|
| Approved | Eligible for service | 05/28/2019 |
| Closed | Service Provided | 05/28/2019 |

**Comments:**

Last Updated On 06/05/2019 4:51:25 PM By: 224324

This Type 1 page took 0.54 seconds to load. Last month it averaged 0.44 seconds.

Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 80 of 119

Printed from the C-IV System on 11/6/2019 12:34:58 PM.

**Case Name:**

Janai Meeks

**Case Number:**

2103227

## Service Arrangement Detail

- Indicates required fields

**Name:**

Janai Meeks

**Service Arrangement ID:**

808440812

### Need

**Need Type:**
Temporary Housing Costs

**Need Category:**
CalWORKs HSP

**Need Status:**
Met

**Need Description:**
HSP- 4 Nights Temp Shelter 5/31/19-6/3/19 @ Motel 6

### Activities

| Type | Status | Begin Date | End Date |
|------|--------|-----------|----------|

May June

### Arrangement Details

**Arrangement Period:**
From: 05/31/2019 To: 06/03/2019

**Program Type:**
CalWORKs

**Aid Code:**
30 - CW-All Other Families (Fed)

**Voucher:**
No

**Payee:**
Same as Provider

**Provider:**
Motel 6

**Service:**
HA - Homeless Assistance

**Employed:**
No

| Service Type Description | Total |
|--------------------------|-------|
| HSP- 4 Nights Temp Shelter 5/31/19-6/3/19 @ Motel 6 = $260.00 | 260.00 |

### Status History

| Status | Status Reason | Status Date |
|--------|---------------|-------------|
| Approved | Eligible for service | 05/31/2019 |
| Closed | Service Provided | 05/31/2019 |

**Comments:**

Last Updated On 06/05/2019 4:50:48 PM By: 224324

This Type 1 page took 0.63 seconds to load. Last month it averaged 0.44 seconds.

Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 81 of 119

Printed from the C-IV System on 11/6/2019 12:31:23 PM.

**Case Name:**

Janai Meeks

**Case Number:**

2103227

## Service Arrangement Detail

- Indicates required fields

**Name:**
Janai Meeks

**Service Arrangement ID:**
808459147

### Need

**Need Type:**
Temporary Housing Costs

**Need Category:**
CalWORKs HSP

**Need Status:**
Met

**Need Description:**
HSP- 6 Nights Temp Shelter 6/4/19-6/9/19 @ Motel 6

### Activities

| Type | Status | Begin Date | End Date |
|------|--------|------------|----------|

*early June* — **Arrangement Details**

**Arrangement Period:**
From: 06/04/2019 To: 06/09/2019

**Program Type:**
CalWORKs

**Aid Code:**
30 - CW-All Other Families (Fed)

**Voucher:**
No

**Payee:**
Same as Provider

**Provider:**
Motel 6

**Service:**
HA - Homeless Assistance

**Employed:**
Yes

| Service Type Description | Total |
|-------------------------|-------|
| HSP- 6 Nights Temp Shelter 6/4/19-6/9/19 @ Motel 6 = $390.00 | 390.00 |

### Status History

| Status | Status Reason | Status Date |
|--------|---------------|-------------|
| Approved | Eligible for service | 06/04/2019 |
| Closed | Service Provided | 06/04/2019 |

**Comments:**

Last Updated On 06/05/2019 4:50:35 PM By: 224324

This Type 1 page took 0.51 seconds to load. Last month it averaged 0.44 seconds.

Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 82 of 119

**Printed from the C-IV System on 11/6/2019 12:31:40 PM.**

| Case Name: | Case Number: |
|---|---|
| Janai Meeks | 2103227 |

## Service Arrangement Detail

- Indicates required fields

| Name: | Service Arrangement ID: |
|---|---|
| Janai Meeks | 808466770 |

### Need

| Need Type: | Need Category: | Need Status: |
|---|---|---|
| Temporary | Homeless Assistance | Met |

**Need Description:**
HA- 16 Nights Temp HA-DV 6/10/19-6/26/19 (AB 557)

### Activities

| Type | Status | Begin Date | End Date |
|---|---|---|---|

MIO
June

### Arrangement Details

**Arrangement Period:**
From: 06/10/2019 To: 06/26/2019

| Program Type: | Aid Code: |
|---|---|
| Homeless - Temp | 33 - CW-Zero Parent (Fed) |

**Voucher:**
No

**Payee:**
Same as Customer

| Number of People | Number of Days | Total |
|---|---|---|
| 4 | 16 | 1,360.00 |

**Nightly Motel Rate:**
85.00

### Status History

| Status | Status Reason | Status Date |
|---|---|---|
| Approved | Eligible for service | 06/10/2019 |
| Closed | Service Provided | 06/10/2019 |

**Comments:**

Expanded Temporary Homeless Assistance Eligibility for Victims of
Domestic Violence:

HA- 16 Nights Temp HA-DV 6/10/19-6/25/19 (AB 557) = $1360.00. Clients
will have 16 nights Temp HA-DV remaining after this issuance.
Scheduled new appt for 6/27/19 @ 9 am to request additional 16 nights
Temp HA-DV if needed.

Last Updated On 06/24/2019 3:40:23 PM By: 224324

This Type 1 page took 0.49 seconds to load. Last month it averaged 0.44 seconds.

**Printed from the C-IV System on 11/6/2019 12:32:05 PM.**

**Case Name:**

Janai Meeks

**Case Number:**

2103227

## Service Arrangement Detail

- Indicates required fields

**Name:**

Janai Meeks

**Service Arrangement ID:**

808486862

### Need

| **Need Type:** | **Need Category:** | **Need Status:** |
|---|---|---|
| Temporary | Homeless Assistance | Met |

**Need Description:**

HA- 16 Nights Temp HA 6/26/19-7/11/19 (AB 557) = $1360.00

### Activities

| Type | Status | Begin Date | End Date |
|---|---|---|---|

### Arrangement Details

**Arrangement Period:**

From: 06/26/2019 To: 07/12/2019

**Program Type:**

Homeless - Temp

**Aid Code:**

30 - CW-All Other Families (Fed)

**Voucher:**

No

**Payee:**

Same as Customer

| **Number of People** | **Number of Days** | **Total** |
|---|---|---|
| 4 | 16 | 1,360.00 |

**Nightly Motel Rate:**

85.00

### Status History

| Status | Status Reason | Status Date |
|---|---|---|
| Approved | Eligible for service | 06/26/2019 |
| Closed | Service Provided | 06/26/2019 |

**Comments:**

HA- 16 Nights Temp HA 6/26/19-7/11/19 (AB 557) = $1360.00

Clients will have 0 nights Expanded Temp HA for Victims of DV (AB 557); however, clt still has her regular "Once a Year" Temp HA benefits still available for up to an additional 16 nights.

Scheduled new appt for 7/12/19 @ 9 am to request additional 16 nights regular "Once a Year" Temp HA benefits if needed.

Last Updated On 07/11/2019 10:45:36 AM By: 224324

This Type 1 page took 0.31 seconds to load. Last month it averaged 0.44 seconds.

Case 2:19-cv-02514-KJM-KJN     Document 1     Filed 12/13/19     Page 84 of 119

**Printed from the C-IV System on 11/6/2019 12:29:06 PM.**

| Case Name: | Case Number: |
|---|---|
| Janai Meeks | 2103227 |

## Service Arrangement Detail
- Indicates required fields

| Name: | Service Arrangement ID: |
|---|---|
| Janai Meeks | 808520724 |

MID July

### Need

| Need Type: | Need Category: | Need Status: |
|---|---|---|
| Temporary | Homeless Assistance | Met |

**Need Description:**
HA- 5 Nights Temp HA 7/12/19-7/16/19 = $425.00

### Activities

| Type | Status | Begin Date | End Date |
|---|---|---|---|

### Arrangement Details

**Arrangement Period:**
From: 07/12/2019 To: 07/17/2019

| Program Type: | Aid Code: |
|---|---|
| Homeless - Temp | K1 - CW-Safety Net/Felon/WTW Sanct-Non-Two Parent |

**Voucher:**
No

**Payee:**
Same as Customer

| Number of People | Number of Days | Total |
|---|---|---|
| 4 | 5 | 425.00 |

**Nightly Motel Rate:**
85.00

### Status History

| Status | Status Reason | Status Date |
|---|---|---|
| Approved | Eligible for service | 07/12/2019 |
| Closed | Service Provided | 07/12/2019 |

### Comments:

HA- 5 Nights Temp HA 7/12/19-7/16/19 = $425.00. Clients will have 11 nights Temp HA after this issuance. Scheduled new appt for 7/17/19 @ 9 am to request additional Temp HA if needed at that time.

Last Updated On 07/17/2019 9:45:03 AM By: 224324

This Type 1 page took 0.56 seconds to load. Last month it averaged 0.44 seconds.

Case 2:19-cv-02514-KJM-KJN   Document 1   Filed 12/13/19   Page 85 of 119

**Printed from the C-IV System on 11/6/2019 12:32:28 PM.**

**Case Name:**

Janai Meeks

**Case Number:**

2103227

## Service Arrangement Detail

- Indicates required fields

**Name:**

Janai Meeks

**Service Arrangement ID:**

808525250

### Need

**Need Type:**

Temporary

**Need Category:**

Homeless Assistance

**Need Status:**

Met

**Need Description:**

HA- 6 Nights Temp HA 7/17/19-7/22/19 = $510.00

### Activities

| Type | Status | Begin Date | End Date |
|------|--------|------------|----------|

### Arrangement Details

**Arrangement Period:**

From: 07/17/2019 To: 07/23/2019

**Program Type:**

Homeless - Temp

**Aid Code:**

K1 - CW-Safety Net/Felon/WTW Sanct-Non-Two Parent

**Voucher:**

No

**Payee:**

Same as Customer

| Number of People | Number of Days | Total |
|------------------|----------------|-------|
| 4 | 6 | 510.00 |

**Nightly Motel Rate:**

85.00

### Status History

| Status | Status Reason | Status Date |
|--------|---------------|-------------|
| Approved | Eligible for service | 07/17/2019 |
| Closed | Service Provided | 07/17/2019 |
| Closed | Service Provided | 09/20/2019 |

**Comments:**

HA- 6 Nights Temp HA 7/17/19-7/22/19 = $510.00

Clients will have 5 nights Temp HA after this issuance.

Informed clt that I will be out of the office from 7/19/19-7/29/19 and to return on 7/30/19, so instead of giving her a new appt to see me for her final Temp HA issuance, I want her to log into Eligibility B\U on 7/23/19. Advised clt to come in as early as she can, and let her know we open as early as 7:30. Informed clt that we might be able to get new issuance processed before 11 am, if she comes in early enough, but we cannot make any guarantees, so she may want to see if the motel will extend them a late checkout time if needed.

Last Updated On 09/20/2019 2:18:10 PM By: 224324

This Type 1 page took 0.34 seconds to load. Last month it averaged 0.44 seconds.

Case 2:19-cv-02514-KJM-KJN    Document 1    Filed 12/13/19    Page 86 of 119

Printed from the C-IV System on 11/6/2019 12:36:48 PM.

**Case Name:**

Janai Meeks

**Case Number:**

2103227

## Service Arrangement Detail

- Indicates required fields

**Name:**

Janai Meeks

**Service Arrangement ID:**

808531800

### Need

**Need Type:**

Temporary

**Need Category:**

Homeless Assistance

**Need Status:**

Met

**Need Description:**

### Activities

| Type | Status | Begin Date | End Date |
|------|--------|------------|----------|

### Arrangement Details

**Arrangement Period:**

From: 07/23/2019 To: 07/28/2019

**Program Type:**

Homeless - Temp

**Aid Code:**

K1 - CW-Safety Net/Felon/WTW Sanct-Non-Two Parent

**Voucher:**

No

**Payee:**

Homeless - Temp Payee

**Payee Name:** Meeks, Janai

**Payee Address:**

GENERAL DELIVERY

OROVILLE, CA

959659999

| Number of People | Number of Days | Total |
|------------------|----------------|-------|
| 4 | 5 | 425.00 |

**Nightly Motel Rate:**

85.00

### Status History

| Status | Status Reason | Status Date |
|--------|---------------|-------------|
| Approved | Eligible for service | 07/23/2019 |
| Closed | Service Provided | 07/23/2019 |

**Comments:**

Last Issuance of THA

Last Updated On 09/20/2019 2:05:41 PM By: 224324

This Type 1 page took 0.33 seconds to load. Last month it averaged 0.44 seconds.

Printed from the C-IV System on 11/6/2019 12:33:17 PM.

**Case Name:**                                    **Case Number:**

Janai Meeks                                        2103227

## Service Arrangement Detail
- Indicates required fields

**Name:**                                **Service Arrangement ID:**
Janai Meeks                              808639956

**Need**

**Need Type:**                  **Need Category:**           **Need Status:**
Temporary Housing Costs         CalWORKs HSP                 Met

**Need Description:**
HSP-3 night's temp shelter

*Environmental Health!*

**Activities**

*Valley had pups mid Sept 3 Nig*

| Type | Status | Begin Date | End Date |
|------|--------|------------|----------|
| Appraisal | Active | 09/17/2019 | 12/31/2019 |

**Arrangement Details**

**Arrangement Period:**
From: 09/17/2019 To: 09/19/2019

**Program Type:**            **Aid Code:**
CalWORKs                     K1 - CW-Safety Net/Felon/WTW Sanct-Non-Two Parent

**Voucher:**
No

**Payee:**              **Provider:**                        **Service:**
Same as Provider        KNS LLC DBA SUPER 8 MOTEL            HA - Homeless Assistance

**Employed:**
No

**Service Type Description**                                              Total

Housing Support Program-3
night's stay from 9/17-9/19/19                                           434.13
+ pet fee($15/night)

**Status History**

| Status | Status Reason | Status Date |
|--------|---------------|-------------|
| Approved | Eligible for service | 09/17/2019 |
| Closed | Service Provided | 09/17/2019 |

**Comments:**

Last Updated On 09/20/2019 2:18:22 PM By: 224324

This Type 1 page took 0.41 seconds to load. Last month it averaged 0.44 seconds.

*$717.18*
*NOT Housing Program Per Se.*
*I told them I need help Prego Dog Had Puppies!*

*This was a Favor Due to Environmental Health helping.*
*6 Days*

*Housing Program 5/17 - 7/28*

Printed from the C-IV System on 11/6/2019 12:33:40 PM.

**Case Name:**
Janai Meeks

**Case Number:**
2103227

## Service Arrangement Detail
- Indicates required fields

**Name:**
Janai Meeks

**Service Arrangement ID:**
808644976

**Need**

| **Need Type:** | **Need Category:** | **Need Status:** |
|---|---|---|
| Temporary-Housing Costs | CalWORKs HSP | Met |

**Need Description:**
HSP- 3 nights Temp Shelter 9/20/19-9/22/19 @ Dahl's Motel = $283.05

**Activities**

| Type | Status | Begin Date | End Date |
|---|---|---|---|
| Appraisal | Active | 09/17/2019 | 12/31/2019 |

*Late Sept*

**Arrangement Details**

**Arrangement Period:**
From: 09/20/2019 To: 09/22/2019

*Mr. K wrote out Receipt*

| **Program Type:** | **Aid Code:** |
|---|---|
| Welfare to Work | K1 - CW-Safety Net/Felon/WTW Sanct-Non-Two Parent |

**Voucher:**
No

| **Payee:** | **Provider:** | **Service:** |
|---|---|---|
| Same as Provider | DAHL'S MOTEL | HA - Homeless Assistance |

**Employed:**
No

**Service Type Description**

HSP- 3 nights Temp Shelter
9/20/19-9/22/19 @ Dahl's Motel
= $283.05

**Total**

283.05

*Total $717.18*

**Status History**

| Status | Status Reason | Status Date |
|---|---|---|
| Approved | Eligible for service | 09/20/2019 |
| Closed | Service Provided | 09/20/2019 |

**Comments:**

Last Updated On 09/23/2019 12:33:41 PM By: 224087

This Type 1 page took 0.31 seconds to load. Last month it averaged 0.44 seconds.

# The New House!

**RENTAL AGREEMENT**
Address _60 Mountain View_
Address _Oroville, CA 95966_

THIS AGREEMENT made this _17_ day of _October_, by and between _Marc Kay_

_____, herein called "Landlord," and _Janai Meeks, Alyanna Hatcher_

_Marquis Slaughter-Meeks_ , _Serenity Finley-Meeks Kenneth Finley_
herein called "Tenant." Landlord hereby agrees to rent to Tenant the real property located in the City of _Meek_
_Oroville_ , State of _California_ , described as follows: _House Rental Agreement_
Commencing on the 1st day of _Nov_ and monthly thereafter until the _17_th day of _Oct 20_ at which
time this agreement is terminated. Landlord rents the demised premises to Tenant on the following terms
and conditions:

1. Rent   _Deposit First + Last Month of $800_

Tenant agrees to pay Landlord as base rent the sum of $ _800_ per month, due and payable monthly in
advance on the first day of each month during the term of this agreement. Rent must be received by 5:00
P.M. If the rent has not been received by 9:00 A.M. on the second of the month, then a seven - (7) day
notice will be posted. _Rent is late if passed 5th of the month._

2. Payment of Rent

Monthly rent payments may be paid by check until the first check is dishonored and returned unpaid. Time
is of the essence and no excuses will be accepted. Rent shall be made payable to _Marc Kay_ and hand
delivered (or sent by mail at Tenant's risk) to Landlord at _60 Mountain View 95966_ Any rents
lost in the mail will be treated as if unpaid until received by Landlord. All tenants will contribute equally in
the payment of rent and only one single payment will be accepted. If any tenant withdraws from the lease,
for any reason, the remaining tenants will be responsible for making up the difference in rent.

3. Additions to Rent for Payment of Certain Utilities

Tenant will add an additional $75 to rent each month to pay for water and sewer service. At the end of this
agreement, landlord will compare the actual billed amounts with the sum of these monthly payments. If the
Tenant overpaid, Landlord will reimburse Tenant for the amount overpaid. If a shortage exists, Tenant
shall pay for the shortage amount. All other utilities will be paid for directly by Tenant.

4. Appliances

The house is rented with the following appliances: Refrigerator and Stove. Other appliances may be
included in the rental property that are the sole responsibility of the tenant to upkeep. The landlord will not
be responsible for the upkeep of these appliances and does not warrant the condition of these appliances.
The above rental payment specifically EXCLUDES any appliances other than the refrigerator and stove.
Such appliances as are in the property are there solely at the convenience of the Landlord, who assumes no
responsibility for their operation. Landlord agrees to remove appliances at the request of Tenant. Any
personal property remaining on the Premises may be used by the Tenant, however the Tenant assumes sole
responsibility to keep said personal property in working and/or operating condition, and agrees to return
said personal property to the Landlord at the termination of this Lease Agreement in the same or better
condition, reasonable wear excepted.

5. Rental Collection Charge

rental_agreement (1).doc                    Page 1

Tenant hereby acknowledges that late payment will cause Landlord to incur costs not contemplated by this Rental Agreement, the exact amount of which will be extremely difficult to ascertain. In the event rent is not received prior to 5:00 P.M. on the 1st of the month, regardless of cause including dishonored checks, Tenant further agrees to pay a late charge to Landlord equal to twenty-five dollars ($25) each week the rent is late. Neither ill health, loss of job, financial emergency or other excuse will be accepted for late payment.

6. Bad-Check Servicing Charge

In the event Tenant's check is dishonored and returned of any reason to Landlord, Tenant agrees to pay as additional rent the sum equal to thirty-five dollars ($35) for each occurrence. This amount shall be in addition to all late fees, if check is not paid prior to the first of the month.   If for any reason a check is returned or dishonored, all future rent payments will be cash or money order.

7. Use

The Tenant agrees to use the premises only as a residence for self, and those persons identified below.

*Alianna Hatcher-Meeks   Marquis Slaughter-Meeks*
*Serenity Finley-Meeks   Kenneth Finley Meeks and Billy Hatcher*

By no means may Tenant allow any additional persons to occupy premise beyond limit proposed by the law. Tenant agrees to assume all responsibility for actions taken by any person entering the property. Landlord will hold Tenant solely responsible for all damages to property or for violations against this rental agreement.

8. Pets *Meeks has permission to have Valley Cheese Meeks*
*babies and the Said with appropriate offer Kisses.*
No pet shall be brought onto the Premises (even temporarily) without the express written permission of the Landlord. If a pet has been in the Premises at any time during the Tenant's occupancy (with or without the Landlord's consent), a charge may be made for de-fleaing, deodorizing, and/or shampooing, and/or damages occasioned by the pet. Any animals on the property not registered under this Rental Agreement will be presumed to be strays and will be disposed of according to law, at the option of the Landlord.

9. Non-assignment of Rental Agreement

Resident agrees not to assign this agreement, nor to Sub-Let any part of the property, nor to allow any other person to live therein without first requesting permission from the Owner and paying the appropriate surcharge.  Further, that covenants contained in this Rental Agreement, once breached, cannot afterward be performed; and that unlawful detainer proceedings may be commenced.

10. Legal Obligations

Tenant hereby acknowledges that they have a legal obligation to pay their rent on time each and every month regardless of any other debts or responsibilities they may have. They agree that they will be fully liable for any back rent owed. They also acknowledge that defaulting on this Rental Agreement could result in a judgment being filed against them and a lien being filed against their current and future assets and/or earnings.

11. Attorney's Cost

If court action is sought by either party to enforce the provisions of the Rental agreement, attorney's fees and costs may be awarded to the prevailing party in the court action.

12. Repair policy

The Tenant shall use customary diligence in care of the Premises. The Tenant is encouraged to treat this as their home, in that all minor repairs are expected to be performed by or at the direction of the Tenant, at the sole responsibility of the Tenant. Any and all repairs made at the direction of the Tenant shall be done by a competent professional, or by the Tenant providing that the Tenant is capable and qualified to make said repairs. All repairs shall be done in compliance with all applicable codes and regulations. Any repair that is estimated to cost more than fifty dollars ($50) must receive permission of the Landlord prior to being made. Under no circumstances will Landlord be responsible for any improvements or repairs costing more that $50 unless the Tenant is given written authorization to make repairs or improvements in advance. The Tenant acknowledges responsibility for any damages caused by their negligence and that of their guests or invitees.

13. Occupancy

Tenant to Maintain dwelling unit as follows:

1. Comply with all obligations primarily imposed upon tenant by applicable provisions of building codes materially affecting health and safety.
2. Keep that part of the premises that he occupies and uses as clean and safe as the condition of the premises permit.
3. Dispose from his dwelling unit all rubbish, garbage, and other waste in a clean and safe manner.
4. Keep all plumbing fixtures in a dwelling unit or used by the tenant as clean as its condition permits.
5. Use in a reasonable manner all electrical, plumbing, sanitary, heating, ventilating, air-conditioning, and other facilities and appliances including elevators in the premises.
6. Not deliberately or negligently destroy, deface, damage, impair, or remove any part of the premises or knowingly permit any person to do so.
7. Conduct himself and require other persons on the premises with his consent to conduct themselves in a manner that will not disturb his neighbor's peaceful enjoyment of the premises.

Resident warrants that he/she will meet above conditions in every respect, and acknowledges that failure to perform the obligations herein stipulated will be considered grounds for termination of this agreement and loss of any or all deposits.

14. Security Deposit

The Tenant has deposited with, and the Landlord acknowledges receipt of, $ xxx as a Security Deposit. This Security Deposit is to guarantee the return of the Premises to the Landlord in the same or better condition as when accepted by the Tenant, reasonable wear excepted, and to satisfy any obligations of the Tenant unfulfilled at the termination of this Lease Agreement, as specified herein. Satisfactory compliance with this section includes removing all trash and belongings of the Tenant. If any provision of this Lease Agreement is violated, the Security Deposit is forfeited. The Security Deposit is to indemnify the Landlord against damage and/or loss of value as a result of the Tenant's action, mistake, or inaction during the term of occupancy. The Security Deposit may not be applied by the Tenant as and for payment of any rent due the Landlord. Should the Tenant be responsible for damage and/or loss of value to the Premises greater than the value of the Security Deposit, the Tenant hereby agrees to reimburse the Landlord for such loss immediately upon the presentation of a bill for said damage and/or loss. The Landlord shall return the balance of said Security Deposit, if any, to the Tenant at the Tenant's forwarding address, upon vacating, return of keys to the Landlord and termination of this contract according to other terms herein agreed. The deposit will be returned within thirty (30) days after the Tenant vacates the Premises, along with an itemized statement as to the deductions, if any, from said Security Deposit. The Security Deposit must be paid in full prior to Tenants moving into building.

15. Cleaning Fee

Tenant hereby agrees to accept the property in its present state of cleanliness. They agree to return the property in the same condition or better, or pay a minimum $250 cleaning fee to cover Landlord costs for having the property professionally cleaned. If the Landlord notifies Tenant to clean up the property at any time, and the Tenant neglects to do so, the Landlord will charge the Tenant a minimum $250 cleaning fee.

16. Plumbing and Electricity

Tenant agrees not to put or pour any debris, grease, paper towels, Q-tips, tampons, newspaper, food, or any other matter in the sink drain or toilets. Tenant agrees to pay the ENTIRE AMOUNT on bills for all sewer cleaning services resulting from clogged pipes/sewer back-up.

Tenant must not overload electrical circuits. Only two electrical operated items may be plugged in any electrical receptacle.

17. Tenant Cooperation

Tenant agrees to cooperate with Owner/agent in showing property to prospective tenant, prior to termination of occupancy.

18. Removal of Landlord's Property

If anyone removes any property belonging to Landlord without the express written consent of Landlord, this will constitute abandonment and surrender of the premises by Tenant and termination by them of this Rental Agreement. Landlord may also take further legal action.

19. Tenant Insurance

No rights of storage are given by this Lease Agreement. The Tenant agrees to hold the Landlord harmless from any liability by reason of personal injury to any person and for property damage occurring on or about or connected with the Premises or resulting from the Tenant use thereof. The Tenant hereby acknowledges this and agrees to make no such claims for any losses or damages against the Landlord. The Tenant agrees to purchase Renter's Insurance at their own expense, sufficient to cover themselves and their property from damage or injury caused by fire, theft, burglary, and breakage, and electrical connections and hereby relieves the Landlord of all risks that may be insured thereunder. They acknowledge that if they fail to procure such insurance, it is their responsibility and they alone shall bear the consequences.

20. Abandonment

If Tenant leaves the premises unoccupied for 15 days without paying rent in advance for that month, or while owing any back rent from previous months, which has remained unpaid, the Landlord and/or his representatives have the right to take immediate possession of the property and to bar the Resident from returning. Landlord will also have the right to remove any property that the Residents have left behind and store it at Tenant's expense.

21. Lock Policy

No additional locks will be installed on any door without the written permission of Landlord. Landlord will be given duplicate keys for all locks so installed at the Tenant's expense, before they are installed.

22. Condition of Premises

The Tenant acknowledges that the said property is in good condition. If there is anything about the condition of the property that is not good, they agree to report it to Landlord within 3 days of taking

rental_agreement (1).doc                Page 4

possession of the property. They agree that failure to file any written notice of defects will be legally binding proof that the property is in good condition at the time of occupancy.

23. Inventory and Inspection Record

An Inventory and Inspection Record has been provided for the Tenant's use. Only after this has been filled out (within the three-day time limit) will the Owner take any action to complete the necessary repairs. Landlord warrants that all major systems will be functional and in good repair at time of possession. Light switches, wall plugs, doors, windows, faucets, drains, locks, toilets, sinks, heater, etc., will either be in working order or will be repaired once Tenant have completed the Inspection and Inventory Record. Tenant is encouraged to report any necessary repairs, no matter how slight, in writing, but they are hereby advised the Landlord does not normally repair or replace nonfunctional items such as paint, carpets, etc., every time a property changes possession. Those items are scheduled for repair/replacement at regular intervals regardless of tenant turnover.

24. Tenant Responsibility

Good housekeeping is expected of everyone. Tenant agrees to keep quarters clean and in sanitary condition. The Tenant agrees not to permit any deterioration or destruction to occur while they are occupying the property. They agree to maintain the walls, woodwork, floors, furnishings, fixtures and appliances (if any), windows, screens, doors, fences, plumbing, air-conditioning and heating, electrical and mechanical systems as well as the general structure and appearance of the property. Tenant agrees to follow all Landlord instructions, especially where posted.

25. Alterations

Tenant shall make no alterations, decorations, additions or improvements in or to the premises without the Landlord's prior written consent, and then only by contractors or mechanics approved by Landlord. All alterations, additions, or improvements upon the premises, made by either party, shall become the property of Landlord and shall remain upon, and be surrendered with said premises, as a part thereof, at the end of the term hereof.

The Tenant specifically agree that no tacks, nails, screws, etc., will be driven into the walls, nor will they be marred or torn by glue or tape. They also acknowledge that they will be responsible for and pay any damage done by rain, wind, hail, tornadoes, hurricanes, etc., if this damage is caused by leaving windows open, allowing stoppage and/or overflow or water and/or sewage pipes, broken windows or doors, torn screens, broken door and window locks, etc. or any damage caused while Tenant has occupancy.

26. Maintenance of Lawns

The Tenant acknowledges that they are responsible for maintaining the lawns and landscaping and will be held liable for any damage caused by lack of water, abuse, or neglect.

27. Vehicle Policy

The Tenant agrees never to park or store a motor home, camper, trailer, boat, or any sort of recreational vehicle on the premises and to park only automobiles only on the paved areas provided. Junk cars, cars on blocks, non-functional vehicles, or unlicensed automobiles are not permitted on property. Removal will be at the expense of the Tenant. Tenant agrees that any vehicle parked on unpaved areas may be towed and stored at Tenant expense. Tenant agrees to pay for any fines resulting from a summons issued to Landlord resulting from improper parking. Tenant will be charged a three-hundred-fifty dollar $350 court charge along with the cost of all other fines, if the Landlord is required to go to court.

*2002 GMC Yukon is on grassy area as a hideaway for the kids to use for pleasure. (car house)*

rental_agreement (1).doc                          Page 5

The Tenant must follow rules and laws of the city Parking Department concerning parking. Tenant must obtain all necessary parking permits and information for himself and guests. Landlord is not responsible for tenant's parking needs. Off street parking is not provided by landlord, unless otherwise noted in this agreement.

28. Utilities

Tenant will be responsible for payment of all utilities, garbage, water and sewer charges, telephone, gas or other bills incurred during their residency. Tenant specifically authorizes Landlord to deduct amounts of unpaid bills from their Security Deposits in the event they remain unpaid after termination of this agreement. (See section 3 for details on payment of certain utilities).

29. Roof and Termite Alert

Tenant agrees to notify Landlord immediately if roof leaks, water spots appear on ceiling, or at the first sign of termite activity.

30. Non-Liability

The Tenant hereby states that any work or repairs that need to be done will be handled by competent professionals, unless Tenant is qualified and capable of doing the work themselves and doing it properly, in a safe manner that meets all federal, state, and local regulations. Tenant further state that they will be legally responsible for any mishap they either do themselves or hire others to do. Landlord will be held free from harm and liability along with his agents and representatives. In the event that needed repairs are beyond the Tenant capacity, they are urged to arrange for professional help.

31. Disclosure of Landlord Agent

The Owner, _Marc Kay_ may be represented at various times by his employees or agents, who will carry identification. Owner's address is: _100 Mountain View Oroville CA 95966_ _Shared home temporarily until changed, living-in situation_

32. Validity of Lease Provisions

Any provision set forth in this Rental Agreement which is contrary to the state Residential Landlord and Tenant laws shall be treated by Landlord and Tenant as void and as if it were not set forth herein, but all other provision of the Rental Agreement shall remain in full force and effect.

33. Phone

The tenant agrees to get a phone installed in the premises as soon as possible. Landlord will be given the phone number within two working days of installation and will be notified within two working days of any future changes in the phone number.

34. Access To Premises

The Owner reserves the right to enter the residence at reasonable times to inspect, make necessary repairs, supply services or show it to prospective residents, purchasers, mortgages, workmen, or contractors. Whenever practicable, a 24 hour notice of the Owner's intent to enter shall be given to the Resident. The Owner may also display "for rent" and "for sale" signs on the building of which the rented residence is a part.

35. Pest-Control Policy

Resident is responsible for any ongoing pest control service, if the Resident desires such a service. Owner is not responsible for any damage done to the Resident's person, or property by such pests, or to the person or property of Resident's family or any other persons on the premises.

37. City, County, or State Violations

Tenant is responsible for paying all violation fees issued against the house by the city, county or state for non-compliance to city, county or state laws. If the landlord is required to appear in court, tenant shall pay an additional $350 fee to compensate landlord for his time.

Note: The City, Department of Inspections completes random neighborhood inspections each season. They FREQUENTLY issue violations for such items as "leaving garbage at curb on non-collection day", "did not shovel snow within 24 hours of snow storm".

38. Waiver

All rights given to Landlord by this agreement shall be cumulative in addition to any laws that exist or might come into being. Any exercise of any rights by Landlord or failure to exercise any rights shall not act as a waiver of those or any other rights. No statement or promise by Landlord, its agents or employees, as to tenancy, repairs, amount of rent to be paid, or other terms and conditions shall be binding unless it is put in writing and made a specific part of this agreement.

39. Legal Binding

Tenant hereby states that they have the legal rights to sign for any and all other residents and to commit them to abide by this contract.

40. Terms

In this agreement the singular number where used will include the plural, the masculine gender will include the feminine, the term Owner will include Landlord, Lessor; and the term Resident will include Tenant, Lessee.

Rental For start Oct 24 2019

41. Full Disclosure

The Tenant signing this Rental Contract hereby state that all questions about this Rental Agreement have been answered, that they fully understand all the provisions of the agreement and the obligations and responsibilities of each party, as spelled out herein. They further state that they agree to fulfill their obligations in every respect or suffer the full legal and financial consequences of their actions or lack of action in violation of this agreement. Signature by the Tenant on this Rental Agreement is acknowledgment and he/she has received a signed copy of the Rental Agreement.

Accepted this 1 day of October 2019.

Malc S Kay    Oct 17 2019

rental_agreement (1).doc                    Page 7

Marc S Kay

,Landlord

_J. Meeks_ Oct 17, 2019

, Tenant

_____

, Tenant

_____

, Tenant

_____

, Tenant

_____

, Tenant

_____

, Tenant

**This is a further agreement regarding address 60 Mountain View Dr., Oroville, CA 95966.**

**Between Owner Marc Kay and Tenant Janai Meeks.**

The owner/landlord and tenant agree that approximately half of the rent received by landlord from housing assistance/tenant be reissued to tenant in order to take care of basic housing necessities ($75 for PG&E, $200 would go towards food, and $125 would be for tenant to maintain regular everyday household care). Tenant must keep notes on all monies spent on household care.

Also, if the tenant is receiving assistance with rental payment then the rent typically late on the 5th of the month would be adjusted accordingly (up to three weeks past late due date, and such tenant would be exempt from paying late fees. Also following regular landlord tenant rules and regulations regarding service of an eviction notice is not valid. By signing this document both parties agree to general understanding said motion.

Both landlord and tenant MUST agree to rules and regulations listed below

1.  No loud noise that, would the cause damages to and already unlevered playing turn.
2.  No excessive company only permitted to three guests at a given time, not including children.
3.  No smoking is permitted in the common areas of the house.
4.  Tenant is to pay $400 for rent and is effectively late as of the 15th of the month.
5.  Both parties agree to paying split bills.
6.  No, landlord is allowed to evict a tenant when it is a room rental at stated address. Tenant is allowed up to 100 days to vacate property, after receiving written request to leave, and is signed by both parties.
7.  All parties are to always to be shown in a presentable fashion, shirt, shorts, pants and skirts are always to be worn, unless in your own room.
8.  Every party is allowed to feel comfortable in house and not be subjected to sexual harassment.
9.  Tenant is responsible for general upkeep of front lawn.
10. Tenant has a truck that is permitted to remain on the front lawn as long as general area around truck is clean.
11. Tenant is responsible for general upkeep of the common areas of the house.
12. Tenant is responsible for keeping track of any children that are permitted to remain on property.
13. All parties are entitled to a confidentiality clause pertaining to but not limited to any court proceedings, monthly rent amount, general business that is of the party. Failure to keep the confidentiality of the party would result in guilty party paying the other party $1000, for breach of contract.

Owner/Landlord Signature                         Date Nov. 1, 2019

Tenant Signature                                 Date Nov. 1, 2019



**Housing Authority of the County of Merced**
405 U STREET MERCED, CA 95341
PHONE (209) 722-3501   TDD 711 or 800-855-7100
www.merced-pha.com

## 7-Day Letter of Interest Letter

October 24, 2019

Janai, Meeks
General Delivery
Oroville, CA, 95966

This letter serves as notification that a pre-application for a __3__ bedroom unit in Atwater, CA has been selected from the <u>Low Income Public Housing</u> waiting list.

In order to proceed, please complete and return the following attached forms for all household members 18 years of age or older:

- Background Certification form (all adult members must sign)
- Consumer History (credit check)

Please provide copies of all Social Security cards and current Driver's License/State issued ID cards for each adult household member.

Persons with Disabilities: If the family has a person with a disability and requires a specific accommodation in order to understand or respond to this notice, please contact the Housing Authority as soon as possible at (209) 564-4035.

**Failure to complete and return the enclosed forms <u>within seven (7) days</u> from the date of this letter will result in the application being cancelled/withdrawn.**

Should there be additional questions, please do not hesitate to contact me.

Thank you,

*Guillermo Ruelas*
Asset Manager
(209) 564-4035



These are just a few letters from individuals who have actually spent a considerable amount of time with my children and I

Marquis to: Honorable
Judge 19DP00252
I want to go back to my
mom because she takes
great care of ~~my~~ hne, I was
safe, I was fed and I was
clothed.

October 29, 2019

To Whom it May Concern,

My name is Joyce Monday, I am a librarian at the Butte County Law Library. This is a witness statement. I would like the court to know that Janai Meeks often comes into the Butte County Law library and brings her 4 children with her. Always, her children are very well bathed, groomed and have clean clothes on. They are well behaved, very well mannered and polite.

Janai always speaks fondly of them and when she speaks to them she does so in a soft tone of voice.

We are aware that Janai has been trying to sustain living arrangements. We wish her the very best.

Joyce Monday

Search Images Maps Play YouTube News Gmail Drive More »

simplynai88@gmail.com | Google Account | Settings | Help | Sign out

You are currently viewing Gmail in basic HTML.   Switch to standard view | Set basic HTML as default view

# M Gmail

my children | Search Mail | Search the Web | Show search options / Create a filter

**The message has been moved to the Trash.   Learn more**

**Compose Mail**

**« Back to Search results**   More Actions...  ▼  Go   ‹ **Newer** 2 of about **98 Older** ›

**Inbox (30673)**

🔲 Collapse all   🖨 Print   🗗 New window

Starred ☆

Sent Mail

**Drafts (82)**

All Mail

**Spam (1154)**

Trash

**Contacts**

Labels
[Imap]/Draft...
[Imap]/Outbo...
[Imap]/Sent
**[Imap]/Trash (2748)**
**Drafts 2 (1)**
**metro messag... (2)**
**Personal (1)**
photo
**Receipts (6)**
**Synced Messa... (4)**
Travel
**Work (32)**
  Edit labels

## My children   Inbox

☆ **Baby nai**<simplynai88@gmail.com>                    Sun, Nov 3, 2019 at 11:18 AM
To: msears@oropd.org

Reply | Reply to all | Forward | Print | Delete | Show original

Hello Sargeant Sears this is janai Meeks and I was emailing you answer in regards to my CPS case it states that you mention feeling uneasy about my children being in my care. I know that we were having a rough time and trust me it wasn't easy but I miss my babies! Please respond to me I don't even know what else to do. I go to court November 13th at 8:30 a.m. I need to know what I did wrong as a parent and as a mother because what I asked my children well Marquis because he's the only one that I get to talk to he said I didn't do anything wrong we were just homeless and fighting, funny thing is I sign my lease the day after they took my children. Please respond back to me.  My own attorney won't even return my emails or calls neither will the social worker Natasha.

Thank you! For everything!
5305346562

Reply | Reply to all | Forward | Print | Delete | Show original

**Michael Sears**<msears@oropd.org>                    Sun, Nov 3, 2019 at 10:29 PM
To: Baby nai <simplynai88@gmail.com>

Reply | Reply to all | Forward | Print | Delete | Show original

*Talks about my parenting*

I am very sorry your going through all of this. I am not involved in any way in this case; I'm provided pause by you saying I felt "uneasy" because I don't have any details of this matter. I do know that I made every effort at supporting you and the kids. I have spent my own money to make certain you and the kids were safe and I contacted CPS personally to see what assistance could be provided. I, unformatuly don't have a say or any control over the decisions that CPS makes regarding placement of children. I thought through the course of my personal actions that you would be provided some incite into how I feel about you and your children. It was clear to me that you are a good mom who was faced with a difficult circumstance and that's why I went above and beyond for you. I was routing for you and still am and I'm certainly routing for those babies !!! I thought I made that pretty clear.

Sent from Mail for Windows 10



**The Hope Center**
1950 Kitrick Avenue Suite A
OROVILLE, CA 95966
(530) 538-8398
josh@orovillehopecenter.com

November 12, 2019

To whom it may concern:

Over the last few months, it has been my pleasure to get to know and observe Janai Meeks and her 4 children.

My experience with this family has been completely positive. My observations have been in a group environment. I have witnessed Janai nurture, instruct and watch over her children.

Janai is very engaging and loving and each child seems well adjusted and has positive interaction with their mother.

She is very watchful and has demonstrated the ability to provide a safe family environment.

Please feel free to contact me by any means for any further inquiries.

Sincerely,

Rev. Josh Jamison
Hope Center Pastor

**simplynai88@gmail.com** | Standard View | Google Account | Settings | Help | Sign out

 Gmail

| Search Mail | Search the |

**Compose Mail**

**« Back to Inbox**  | Archive |  | Report Spam |  | Delete |  **‹ Newe**

**Inbox (30510)**  | More Actions...  ▼ | Go |

Starred ☆

Sent Mail

🖶 Expand all  🖨 Print

**Drafts (84)**

All Mail

# My children  Inbox

**Spam (1111)**

☆ **Baby nai**<simplynai88@gmail.com>                    Sun, Nov 3, 2

Trash

To: msears@oropd.org

Reply | Reply to all | Forward | Print | Delete | Show original

**Contacts**

Labels

[Imap]/Draft...
[Imap]/Outbo...
[Imap]/Sent
**[Imap]/Trash (2748)**
**Drafts 2 (1)**
**metro**
**messag... (2)**
**Personal (1)**
photo
**Receipts (6)**
**Synced**
**Messa... (4)**
Travel
**Work (32)**
  Edit labels

Hello Sargeant Sears this is janai Meeks and I was emailing you answer i
my CPS case it states that you mention feeling uneasy about my children
care. I know that we were having a rough time and trust me it wasn't easy
babies! Please respond to me I don't even know what else to do. I go to c
13th at 8:30 a.m. I need to know what I did wrong as a parent and as a m
what I asked my children well Marquis because he's the only one that I ge
said I didn't do anything wrong we were just homeless and fighting, funny
my lease the day after they took my children. Please respond back to me.
attorney won't even return my emails or calls neither will the social worker

Thank you! For everything!
5305346562

Reply | Reply to all | Forward | Print | Delete | Show original

☆ **Baby nai**                                                  📎Sun, Nov 3,

**Michael Sears**<msears@oropd.org>                    Sun, Nov 3, 2
To: Baby nai <simplynai88@gmail.com>

Reply | Reply to all | Forward | Print | Delete | Show original

I am very sorry your going through all of this. I am not involved in any way
I'm provided pause by you saying I felt "uneasy" because I don't have any
matter. I do know that I made every effort at supporting you and the kids. I
my own money to make certain you and the kids were safe and I contacte
personally to see what assistance could be provided. I, unformatuly don't
any control over the decisions that CPS makes regarding placement of ch
thought through the course of my personal actions that you would be prov
incite into how I feel about you and your children. It was clear to me that y

mom who was faced with a difficult circumstance and that's why I went ab
beyond for you. I was routing for you and still am and I'm certainly routing
babies !!! I thought I made that pretty clear.


Sent from Mail for Windows 10


---

**From:** Baby nai <simplynai88@gmail.com>
**Sent:** Sunday, November 3, 2019 11:18:00 AM
**To:** Michael Sears <msears@oropd.org>
**Subject:** My children

Hello Sargeant Sears this is janai Meeks and I was emailing you answer i
my CPS case it states that you mention feeling uneasy about my children
care. I know that we were having a rough time and trust me it wasn't easy
babies! Please respond to me I don't even know what else to do. I go to c
13th at 8:30 a.m. I need to know what I did wrong as a parent and as a m
what I asked my children well Marquis because he's the only one that I ge
said I didn't do anything wrong we were just homeless and fighting, funny
my lease the day after they took my children. Please respond back to me.
attorney won't even return my emails or calls neither will the social worker

Thank you! For everything!
5305346562
This message may contain information and attachments that are consider
and are intended only for the use of the individual or entity addressed abo
not the intended recipient, then any use, disclosure, or dissemination of th
is prohibited. If you have received this message in error, please notify the
sender by telephone or by return email immediately. In addition, please de
message and any attachments from your computer. Thank you.

Reply | Reply to all | Forward | Print | Delete | Show original


**Baby nai**                                                    Mon, Nov 4

**Baby nai**                                                    Mon, Nov 4

**Baby nai**<simplynai88@gmail.com>                             Mon, Nov 4
To: Michael Sears <msears@oropd.org>

Reply | Reply to all | Forward | Print | Delete | Show original


- Show quoted text -


**searsnew.jpg**
369K View Scan and download

Janae Meeks.

is the most careing and Reserable mother I've seen in a long time her children are whichup clean she always Provide for her children and I have always looked up to Janae for her abilites as a single mother and how she has gone without just to make sure her children have, she always has a positive addetude and a wonderful heart. yes she has struggle but what person dont win this life, her kids are well mannerd and I have notice they alway listen and are very polite. and I've never seen them unhappy or nor heard d Plead them complain about one thing even though Janae has been having such a hard time she keep it real as a mother. and as women she is a fighter for her children she is also my

my friend. and her children
is all She has, So with
all that She is the Best
mom anyone in her
situation can be and
that is the Best.

Thanks for reading.



## Drugs- Methamphetamine

<u>What do you mean by drug abuse?</u>

***<u>The use of illegal drugs or the use of prescription or over-thecounter drugs for purposes other than those for which they are meant to be used, or in large amounts.</u>***

1. Tylenol (acetaminophen) **<u>is a pain reliever and a fever reducer.</u>**
2. Robitussin® **<u>Relieves Cough & Chest Congestion And Also Thins & Loosens Mucus</u>**! Powerful Relief From Your Worst Cough, Cold & Flu Symptoms
3. Methamphetamine may be indicated for the **<u>treatment of attention deficit hyperactivity disorder ADHD and as a short-term component of weight-loss treatments</u>** (Like amphetamine, methamphetamine causes increased activity and talkativeness, decreased appetite, and a pleasurable sense of well-being or euphoria) It has been classified by the U.S. Drug Enforcement Administration as a Schedule II stimulant, which makes it **<u>legally available</u>** only through a nonrefillable prescription.

Increased Activity

Motivating Kids to Be Active (for Parents) - KidsHealth

*1)* Parents can help instill a love of activity and help kids make it a part of their everyday ... ***Children 6 to 17 years should do 60 minutes or more physical activity daily.***

Talkative

Talking with babies & children: benefits | Raising Children Network

*2)* Talking with your baby or toddler ***can help his language and communication development. The more you talk with your baby or toddler, the better. ...*** And it's not just about better

Ecstatic Parent

☦ How does a parents anger affect their child/ren?

*1)* Children of angry parents are ***more aggressive and noncompliant***. ... There is a strong relationship between parental anger and delinquency. The effects of parental anger can continue to impact the adult child, including ***increasing degrees of depression, social alienation, spouse abuse and career and economic achievement.*** Weight Loss Supplements

☦ **MedlinePlus (.gov) › druginfo › meds
Methamphetamine: MedlinePlus Drug Information**

*2)* If you are taking methamphetamine to lose weight, ***the doctor will maintain you on the lowest dose possible.***

### _**Methamphetamine**_ a bad thing?

✝ THE MANY HEALTH BENEFITS OF METH

In low, pharmaceutical doses, methamphetamine may actually repair and protect the brain in certain circumstances

1) **Meth is an incredible medicine. Even the Drug Enforcement Administration admits it**

2) **doctors are known to prescribe it for narcolepsy, obesity, and ADHD.**

3) **meth has been used to reverse barbiturate overdoses and even raise blood pressure during surgery.**

4) **Some preliminary research suggests that meth can be neuroprotective against stroke and traumatic brain injury, even stimulating the growth of brain cells.**

**What Causes a False-Positive Drug Test for Meth?**

Drug tests are often administered only once when you're applying for a new job or entering a new program at certain schools. However, they can also be part of a routine if you're on parole or in a drug recovery program. A false-positive usually occurs when the individual is taking a legal medication with similar properties to the illegal drug in question, causing the test to show positive for the illegal substance.

### Ephedra

Ephedra, also known as ma huang, is a type of herb whose derivatives are used extensively in over-the-counter medicines. Some of this herb's chemical derivatives include ephedrine, pseudoephedrine, desoxyephedrine, propylephedrine and phenylephrine. Any medication that includes one of these ingredients could cause a false-positive for a methamphetamine drug test. Common medications with these ingredients are cold medicines and nasal decongestants, such as Sudafed, NyQuil, Vick's Inhaler and Dimetapp.

### ADHD Medication

Many of the over-the-counter drugs that are used to treat ADD and ADHD have components that are similar to those found in methamphetamine. Ritalin, Adderall and Dexedrine may all cause someone to have a false-positive drug test for meth. The use of Dexedrine (Dextroamphetamine), Ritalin (Methylphenidate) and Adderall (made of four different amphetamine compounds) should be put on hold if you are aware that you have an upcoming drug test.

### Diet Pills

Any over-the-counter diet pills containing phenylpropanolamine such as Accutrim or Dexatrim can cause a false-positive for meth. Other diet pills may contain ingredients made from Ephedra, so check to make sure that none of the derivatives listed in that section are included in the ingredients of your diet pills as well.



### Asthma Medication

Various different asthma medications can cause false-positives for meth, including Primatine tablets, Bronkaid tablets and Marax. If you depend upon these pills for general health, it may be necessary to do a more extensive toxicology test on the sample to determine exactly what is causing the positive test result.

### Health Problems

A kidney infection, kidney disease, liver disease and diabetes could all cause a false-positive for methamphetamine. This could be due to the fact that individuals with these problems may metabolize chemicals in their bodies differently, possibly resulting in a buildup of chemicals.

(heathfully.com)

| Subnet Mask | 255.255.255.0 |
| --- | --- |
| Default Gateway | 192.168.223.1 |
| Domain Name | NOT SET |
| Configuration Source | Manual |
| Primary DNS Server | 192.168.223.1 |
| Secondary DNS Server | 0.0.0.0 |
| Total Packets Transmitted | 838 |
| Total Packets Received | 0 |

IPv6

| Domain Name | NOT SET |
| --- | --- |
| Primary DNS Server | :: |
| Secondary DNS Server | :: |

| Address | Prefix Length | Configured By |
| --- | --- | --- |
| FE80::F630:B9FF:FEF3:B0A6 | 64 | Self |

---

**Port 9100**

| Status | Enabled |
| --- | --- |

---

**Bonjour**

| Status | Enabled |
| --- | --- |
| Service Name | HP OfficeJet 4650 series [F3B0A5] |

---

**Microsoft Web Services**

**WS Discovery**

| Status | Enabled |
| --- | --- |

**WS Print**

| Status | Enabled |
| --- | --- |

---

**IPP**

| Status | Enabled |
| --- | --- |

---

**Proxy Settings**

| Address | Not Specified |
| --- | --- |
| Port | Not Specified |
| Authentication | Off |

---

**Google Cloud Print**

| Status | Not Registered |
| --- | --- |
| Name | HP OfficeJet 4650 series [F3B0A5] |

---

**Number of 802.11 networks discovered: 2**

| SSID | Mode | BSSID | Channel | Privacy | Auth | Encrypt | Signal | WPS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NETGEAR98 | Infrastructure | a0:63:91:4c:85:a3 | 1 | RSN | WPA2-PSK | AES/TKIP | -24 | Yes |
| ATT0365 | Infrastructure | 8c:3b:ad:4b:bc:e3 | 1 | RSN | WPA2-PSK | AES/TKIP | -89 | No |

**DEA warns about pot, meth laced candy**

**Posted:** 7:23 PM, Oct 30, 2018

OMAHA, Neb.  - The DEA is warning police and parents to be on the lookout for marijuana and methamphetamine laced candy this Halloween.

The DEA and police agencies throughout the country have seen an increase of seizures of drug-laced edibles, including but not limited to chocolates, suckers and gummies. The DEA's Omaha Division has not identified any specific threats but issued an advisory.

According to AmericanAddictionCenters.org

## Drugs and Substances Marijuana Can Be Laced With

Marijuana can be laced with other psychoactive drugs to produce varied psychoactive effects. Some of these other drugs may include:

- Lead or other heavy metals
- Glass
- Fungus and bacteria
- PCP
- Heroin
- Embalming fluid

- Laundry detergent
- LSD
- Methamphetamine
- Ketamine
- Cocaine

Lacing is a very common practice for some drugs, particularly drugs like cocaine that are often laced with other substances to bulk up the amount of the original product and gain more profits. Other drugs that are sold by weight may also laced be with other substances in order to add weight or bulk them up to enhance their profitability. In some cases, drugs are laced with another substance to alter the

ByThe Recovery Village®

Updated on10/30/19

What are the Symptoms of Meth-Laced Weed?

If you were exposed to this combination, meth-laced weed symptoms would likely look like the opposite of what happens when you normally smoke weed. For example, meth-laced weed symptoms could include a rush of energy or hyperactivity as compared to feeling relaxed and drowsy. You might also smell the chemical smell of meth when using the marijuana, or you might feel like your heart rate or body temperature were rising if you were to use meth and weed.

Is Meth-Laced Weed a Real Concern?

In general, laced weed can be a real concern if you're buying it off the streets. Of course, laced weed isn't necessarily common because it would actually cause drug dealers to lose money, but it is possible. Many times if a drug dealer is going to sell weed laced with other things, they let the buyer know and charge a higher price for it. There aren't a lot of advantages for drug dealers to sell laced weed without letting the buyer know because they wouldn't be able to charge a premium for it.

Certain drug tests can be used to determine if weed is laced with anything else, and if you're worried about meth-laced weed, you may be able to notice a chemical-like smell when it's burned. There shouldn't be any crystallized substances in weed either.

# Common Substances Causing False Positives for Amphetamines in Drug Tests

By **Christine Adamec**

Many organizations require drug screening, whether you're applying for a job, seeking child custody or in other situations. According to Laxmaiah Manchikanti, M.D., and colleagues in their article for "Pain Physician," some substances are highly cross-reactive for amphetamine or methamphetamine and provide a false positive

## **Vicks Inhaler and Cold Remedies**

According to Tai C. Kwong, Ph.D., in his chapter on false positives to drug testing in the book, "Handbook of Drug Monitoring Methods," using the Vicks inhaler renders a false positive for methamphetamine in urine drug tests because it has a small amount of l-methamphetamine.