UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI MEEKS, | No. 2:19-cv-2514-KJM-KJN PS |
| Plaintiff, | RESPONSE TO LETTER |
| v. | (ECF No. 9) |
| NATASHA CHRONISTER, et al., | |
| Defendants. | |

On April 2, 2020, the court received plaintiff's notice of change of address, dated March 29, 2020. (ECF No. 13.) In that notice, plaintiff also requested an update on the status of her case, and made reference to a number of "cold cases" of missing individuals. (See Id.) Plaintiff also included in her mailing, without explanation, a physical object – a bone. (See Id. at p. 8.)

The court informs plaintiff that it is not an investigative agency, and so cannot act on her request to conduct "a thorough investigation." Plaintiff shall refrain from submitting any further physical items to the court. To the extent that plaintiff has any actual, relevant information on "cold cases" of missing individuals, she should contact her local police department or sheriff's office.

As to the status of the case, it appears plaintiff has submitted documents to the U.S. Marshal for service. (See ECF No. 2, granting IFP and directing service.) To date, it does not

////

1

appear service has been effectuated.  Thus, plaintiff may contact the U.S. Marshal for information on the status of service of process.

Dated:  April 8, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE